IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA, )
 )
  Plaintiff, )
 )
 v. ) Indictment No:1:14-CR-1-WLS;TQL
 )
CHRISTOPHER W. WHITMAN )
 )
  Defendant. )

## NOTICE OF APPEARANCE

COMES NOW, EDWARD T.M. GARLAND, and enters his Notice of Appearance as counsel of record for Defendant CHRISTOPHER W. WHITMAN in the above-styled matter.  Please send all correspondence, orders, court notices, and copies of pleadings, etc. to the undersigned.

This the 22nd day of January, 2014.

s/ *EDWARD T.M. GARLAND*
_____
EDWARD T.M. GARLAND
Georgia Bar No. 284900
Attorney for Defendant
Christopher W. Whitman

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
etg@gsllaw.com; pen@gsllaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Indictment No:1:14-CR-1-WLS;TQL |
| | ) | |
| CHRISTOPHER W. WHITMAN | ) | |
| | ) | |
| Defendant. | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have this date served the within and foregoing **Notice of Appearance** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record.

This the 22nd day of January, 2014.

s/ *Edward T.M. Garland*

_____
EDWARD T.M. GARLAND
Georgia Bar No. 284900
Attorney for Defendant

GARLAND, SAMUEL & LOEB, P.C.
3151 Maple Drive, N.E.
Atlanta, GA  30305
Phone: 404-262-2225
Fax:  404-365-5041
etg@gsllaw.com;pen@gsllaw.com