UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA



# MINUTE SHEET
# OF COURT PROCEEDINGS

Date: January 22, 2014                      Type of Hearing: INITIAL APPEARANCE

Judge: THOMAS Q. LANGSTAFF                  Court Reporter/Tape #: FTR GOLD

Courtroom Deputy: William C. Lawrence       Interpreter:

*Case Number: 1:14-CR-1(WLS)*

UNITED STATES OF AMERICA                    AUSA: JIM CRANE & RICHARD B. EVANS
    vs.

CHRISTOPHER WHITMAN                         Counsel: EDWARD GARLAND (by phone)

Agents/Experts in attendance: SCOTT HOWELL, TONY LINDSAY & KARON WILLIS, USPO

*DISCLAIMER: CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD. ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

### I.  INITIAL APPEARANCE/ARRAIGNMENT          Time in Court: 10 MINS  11:40-11:50

- ☐ Dft attorney not present.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Dft refused to enter plea, NOT GUILTY plea entered by the Court.

- ☐ Standard Pre-trial Order to be e-filed.
- ☐ Notice of Court policy re: retained counsel to be e-filed.
- ☒ Other: Arraignment / Detention Hearing set for 1/28/2014 @ 10:00 am.

- ☒ Initial Appearance Only.
- ☐ Arraignment Only.
- ☐ Both Initial Appearance and Arraignment.

### II.  BOND/DETENTION                          Time in Court:

**Government Motion for Detention:**        **Conditions of Release:**        **Detention Hearing:**
- ☐ Granted  ☐ Denied                       Standards Conditions              Continued to:
   - ☐ Order to follow                                                         Upon motion of ☐ Govt  ☐ Deft

- ☐ Bond set at $                           ☐ Bond Supervision                ☐ Temporary detention Ordered pending hearing
   - Type: ☐ Own Recognizance               ☐ House Arrest
           ☐ Unsecured                      ☐ Surrender Passport              ☐ Detention Ordered pending trial
           ☐ Fully Secured                  ☐ No Firearms
           ☐ Secured by                     ☐ Drug / Alcohol Testing
                                            ☐ Electronic Monitoring
                                            ☐ Travel Restricted to:

Other: