## GOVERNMENT'S EXHIBIT LIST - DETENTION HEARING

U.S. District Court, Middle District of Georgia
ALBANY Division @ ALBANY, GA

Filed at 2:06 P M
1/28, 20 14
BCL
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

Date(s): 1/28/2014

## USA v. CHRISTOPHER WHITMAN
## Case No. 1:14-CR-1 (WLS)

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED w/o objection |
|---|---|---|---|
| CW-1 | ULOC FREIGHT SHIPMENT CHART | X | X |
| CW-2 | ULOC MCLB COMPARATIVE CHART | X | X |
| CW-3 | ULOC RGN SHIPMENT CHART | X | X |
| CW-4 | ULOC PROFIT CHART | X | X |
| CW-5 | PECUNIARY LOSS CHART | X | X |
| CW-6 | PECUNIARY LOSS RANGES CHART | X | X |
| CW-7 | ILLUSTRATION OF FORGERY / DECEPTIVE BANKING | X | X |
| CW-8 | WHITMAN GOLD PURCHASES | X | X |
| CW-9 | DOCUMENT SEIZED FROM ULOC | X | X |
| CW-10 | WHITMAN SAFETY DEPOSIT BOX RECORDS | X | X |
| CW-100 | SUMMARY OF WHITMAN PARTNERSHIPS | X | X |
| CW-101 | CIVIL FORFEITURE COMPLAINT | X | X |

## GOVERNMENT'S EXHIBIT LIST - DETENTION HEARING

U.S. District Court, Middle District of Georgia
ALBANY Division @ ALBANY, GA

Date(s): 1/28/2014

## USA v. CHRISTOPHER WHITMAN
## Case No. 1:14-CR-1 (WLS)

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED w/o objection |
|---|---|---|---|
| CW-201 | LLC AUTHORIZATION RESOLUTION | X | X |
| CW-301 | ULOC PARTNERSHIP RESOLUTION OF AUTH. | X | X |
| CW-302 | CHECKING WITHDRAWAL SLIP | X | X |
| CW-401 | ZAMEKRI PARTNERSHIP RESOLUTION OF AUTHORITY | X | X |
| CW-402-405 | CHECKING WITHDRAWAL SLIPS | X | X |
| CW-501 | CWW WADE PARTNERSHIP RESOLUTION OF AUTHORITY | X | X |
| CW-502-529 | CHECKING WITHDRAWAL SLIPS - CWW WADE | X | X |
| CW-600 | SUMMARY OF INVOICES – ALL OUT DIVERSIFIED | X | X |
| CW-601-609 | INVOICES | X | X |
| CW-610 | CHECK COPY – JUNE 2013 | X | X |
| CW-611 | CHECK COPY – JUNE 2013 | X | X |
| CW-612 | CHECK COPY – OCTOBER 2013 | X | X |

## GOVERNMENT'S EXHIBIT LIST - DETENTION HEARING

U.S. District Court, Middle District of Georgia
ALBANY Division @ ALBANY, GA

Date(s): 1/28/2014

## USA v. CHRISTOPHER WHITMAN
## Case No. 1:14-CR-1 (WLS)

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED w/o objection |
|---|---|---|---|
| CW-901 | IMMUNITY AGREEMENT – WILLIE KENDRICK | X | X |
| CW-902A | 911 RECORD FILE | X | X |
| CW-902B | 911 RECORDING | X | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |