

ULOC's Share of MCLB-Albany Freight Shipments