## ULOC's Share of MCLB-Albany Loads Compared to Competitors

| Year | TOT MCLB LOADS | TOT ULOC LOADS | TOT MERCER | TOT LANDSTAR | TOT BENNETT |
|---|---|---|---|---|---|
| 2008 | 7,937 | 1,770 | 474 | 662 | 5 |
| 2009 | 12,374 | 4,295 | 2,329 | 1,520 | 859 |
| 2010 | 14,568 | 7,485 | 1,596 | 1,992 | 1,697 |
| 2011 | 10,825 | 3,334 | 1,574 | 1,448 | 1,588 |
| 2012 | 6,401 | 1,504 | 693 | 863 | 572 |