# ULOC's Actual Profit & Cost of Goods Sold

| Category | Source | Amount |
|---|---|---|
| DOD payments to ULOC | ULOC Bank Records & Powertrack/Syncada | $37,944,823.88 |
| ULOC payments to truckers | ULOC Bank Records | -/(+) $16,108,940.45 |
| ULOC payments for fuel costs | ULOC General Ledger | -/(+) $1,642,573.30 |
| | ULOC's ACTUAL PROFIT | $20,193,310.13 |
| | (COST OF GOODS SOLD) | ($17,751,513.75) |
| | NET PROFIT | 114% |

Under industry standards, the average net profit for transportation brokers is 16%. (See *Broker Benchmark Survey, 2008-2011*.)