# Equation to Calculate
## Pecuniary Loss to the United States

### Calculation

Government payments to ULOC (G) = $37,944,823.88
Cost of Goods Sold (CG) = $17,751,513.75
Assume Net Profit Margin = 16%
Legitimate Profit (LEGIT) = (CG x 16%) = $2,840,242.20
Gross Profit (GP) = CG + LEGIT = $20,591,756.25
LOSS = G − GP =