# Pecuniary Loss Ranges

| % Profit | Net Profit | Government Loss |
|---|---|---|
| 20% | $3,550,302.75 | $16,643,007.38 |
| 25% | $4,437,878.44 | $15,755,431.69 |
| 30% | $5,325,454.13 | $14,867,856.01 |
| 35% | $6,213,029.81 | $13,980,280.32 |
| 40% | $7,100,605.50 | $13,092,704.63 |
| 45% | $7,988,181.19 | $12,205,128.94 |
| 50% | $8,875,756.88 | $11,317,553.26 |
| 60% | $10,650,908.25 | $9,542,401.88 |
| 70% | $12,426,059.63 | $7,767,250.51 |