# Illustration of Forgery/Deceptive Banking



- 12/15/2010 → ULOC Check No. 5476 to BSN TRUCKING, INC. for $8,500.00.
- 12/17/2010 → Whitman cashed at Bank of America under endorsement of "Brad Newell" and "Chris Whitman."
- ULOC General Ledger → Lists as cash.
- BSN → No actual transaction; no employee Brad Newell.