## Chris Whitman Gold Purchases

| Date | Description | Qty. | Cost Basis |
|---|---|---|---|
| 8/4/11 | Am. Gold Eagle Any Year 1oz @ $1702.80 | 10 | $17,458.65 |
| 9/6/11 | Am. Gold Eagle Any Year 1oz @ $1,900.75 | 25 | $48,711.67 |
| 9/16/11 | Gold Bullion Bar 1oz @ $1,842.80 | 10 | $18,893.65 |
| 9/16/11 | Am. Gold Eagle Any Year 1oz @ $1,889.30 | 15 | $29,052.94 |
| 9/16/11 | Gold Indian Head Buffalo 1oz @ $1,889.90 | 40 | $77,056.96 |
| 9/16/11 | Australian Kangaroo 1oz @ $1,873.00 | 10 | $19,203.20 |
| 9/16/11 | 1oz Maple Leaf Gold Coin @ $1,859.00 | 5 | $9,569.51 |
| 10/14/11 | Am. Gold Eagle Any Year 1oz @ $1,743.50 | 30 | $43,345.59 |
| 11/14/11 | Am. Gold Eagle Any Year 1oz @ $1,844.00 | 60 | $111,740.29 |
| 4/10/12 | Am. Gold Eagle Any Year 1oz @ $1,691.10 | 11 | $19,072.10 |
| | TOTAL | | $404,104.56 |