## Document Seized from ULOC

1) Transfer Stephanie Acct
2) Put Kristin's Trust in her Name
3) Get 2008 + 2009 Bank Statements + cancelled checks for all your SunTrust + BoA 2008-2011
4) Get g/f out of jury

- This note was seized on June 11, 2012, from a desk in the ULOC main office.
- Government can authenticate this as Rebecca Whitman's handwriting.
- Indictment alleges that Whitman was aware of the investigation by the end of April, 2012 (paragraph 59)