## Summary Exhibit: Whitman Partnerships
## (Govt. Exh. CW-100)

### Albany Limited Partnership Management (200 Series)
Resolution of Authority (Govt. Exh. CW-201)
- Christopher Whitman, Sole Member
- Rebecca Whitman, Authorized Signer

### ULOC II, L.P. (300 Series)
Resolution of Authority (Govt. Exh. CW-301)
- Christopher Whitman, Operating Manager
- Rebecca Whitman, Authorized Signer

| Exhibit | Date | Cash Withdrawal |
|---|---|---|
| CW-302 | July 3, 2013 | $2,000 |

### Zamekri II, L.P. (400 Series)
Resolution of Authority (Govt. Exh. 401)
- Christopher Whitman, Operating Manager
- Rebecca Whitman, Authorized Signer

| Exhibit | Date | Cash Withdrawal |
|---|---|---|
| CW-402 | June 7, 2013 | $25,000 |
| CW-403 | July 3, 2013 | $4,000 |
| CW-404 | August 5, 2013 | $4,000 |
| CW-405 | December 6, 2013 | $6,000 |
|  | TOTAL | $39,000 |

### CWW & Wade II, L.P. (500 Series)
Resolution of Authority (Govt. Exh. 501)
- Christopher Whitman, Operating Manager
- Rebecca Whitman, Authorized Signer

Table on next page

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-100

| Exhibit | Date | Check No. | Payor | Amount |
|---|---|---|---|---|
| CW-502 | January 2, 2013 | 1034 | Christopher Whitman | $5,000 |
| CW-503 | January 18, 2013 | 1041 | Christopher Whitman | $10,000 |
| CW-504 | January 24, 2013 | 1046 | Christopher Whitman | $10,000 |
| CW-505 | January 29, 2013 | 1049 | Christopher Whitman | $10,000 |
| CW-506 | February 8, 2013 | 1052 | Christopher Whitman | $10,000 |
| CW-507 | February 4, 2013 | 1055 | Christopher Whitman | $10,000 |
| CW-508 | March 1, 2013 | 1070 | Christopher Whitman | $10,000 |
| CW-509 | March 15, 2013 | 1072 | Christopher Whitman | $10,000 |
| CW-510 | April 11, 2013 | 1080 | Christopher Whitman | $10,000 |
| CW-51 | April 23, 2013 | 1082 | Christopher Whitman | $10,000 |
| CW-512 | May 21, 2013 | 1087 | Christopher Whitman | $3,000 |
| CW-513 | May 31, 2013 | 1088 | Christopher Whitman | $10,000 |
| CW-514 | May 31, 2013 | 1089 | Christopher Whitman | $10,000 |
| CW-515 | June 3, 2013 | W/drawal | Christopher Whitman | $120,000 |
| CW-516 | June 6, 2013 | W/drawal | Christopher Whitman | $25,000 |
| CW-517 | June 7, 2013 | W/drawal | Christopher Whitman | $11,870.85 |
| CW-518 | June 7, 2013 | W/drawal | Christopher Whitman | $25,000 |
| CW-519 | June 10, 2013 | W/drawal | Christopher Whitman | $50,000 |
| CW-520 | July 3, 2013 | W/drawal | Christopher Whitman | $1,000 |
| CW-521 | July 30, 2013 | 1099 | Christopher Whitman | $10,000 |
| CW-522 | July 30, 2013 | 1100 | Christopher Whitman | $10,000 |
| CW-523 | August 5, 2013 | W/drawal | Christopher Whitman | $16,000 |
| CW-524 | Sept. 27, 2013 | 1102 | Christopher Whitman | $10,000 |
| CW-525 | Sept. 27, 2013 | 1103 | Christopher Whitman | $10,000 |
| CW-526 | December 2, 2013 | W/drawal | Christopher Whitman | $6,950 |
| CW-527 | December 2, 2013 | W/drawal | Christopher Whitman | $100 |
| CW-528 | December 3, 2013 | W/drawal | Christopher Whitman | $850 |
| CW-529 | December 6, 2013 | W/drawal | Christopher Whitman | $34,000 |
| | | | **TOTAL** | **$448,770.85** |