IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

    v.

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1145 E. BROAD AVENUE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    First-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1929 STUART AVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Second-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1614 WHISPERWOOD STREET, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Third-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 2401 HILLTOP DRIVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Fourth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 807 CARDINAL GROVE CT, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Fifth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 2541 BASCOM DRIVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Sixth-Named Defendant Property,

CASE NO.  1:13-CV-15(WLS)

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** C-U-107

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1927 STUART AVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Seventh-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1814 DONCASTER DRIVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Eighth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1610 WHISPERWOOD STREET,
ALBANY, DOUGHERTY COUNTY, GEORGIA,
    Ninth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 3106 FERNRIDGE DRIVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Tenth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 3104 FERNRIDGE DRIVE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Eleventh-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 2420 BASSFORD LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Twelve-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1912 ELKHORN LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Thirteenth-Named Defendant Property,

2

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1914 ELKHORN LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Fourteenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1915 ELKHORN LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Fifteenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 1919 ELKHORN LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Sixteenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, KNOWN
AS 101/103 NATIONAL CT, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Seventeenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 3930 RODNOR FOREST LN, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Eighteenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 105 EMBLETON CT, ALBANY,
DOUGHERTY COUNTY, GEORGIA
    Nineteenth-Named Defendant Property,

:
:
:
:
:
:

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, KNOWN
AS 136/138 WESTCOTT LANE, ALBANY,
DOUGHERTY COUNTY, GEORGIA,
    Twentieth-Named Defendant Property,

:
:
:
:
:

3

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, KNOWN              :
AS 3613-3615 MAYFAIR LN, ALBANY,     :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty First-Named Defendant Property,   :
                                                :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 1907 BUCK LN, ALBANY,             :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty Second-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 1910 ELKHORN LN, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty Third-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, KNOWN              :
AS 100/101 CONSTITUTION CT, ALBANY,  :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty Fourth-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 1917 ELKHORN LN, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty Fifth-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2503 BRIERWOOD DRIVE, ALBANY,     :
DOUGHERTY COUNTY, GEORGIA            :
    Twenty Sixth-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 3434 BELLINGHAM LN, ALBANY,       :
DOUGHERTY COUNTY, GEORGIA,           :
    Twenty Seventh-Named Defendant Property,   :

4

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 3424 BELLINGHAM LN, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,              :
    Twenty Eighth-Named Defendant Property,   :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 3609 CLUB DRIVE ALBANY,              :
DOUGHERTY COUNTY, GEORGIA,              :
    Twenty Ninth-Named Defendant Property,    :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 2509 BROOKHAVEN CT, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,              :
    Thirtieth-Named Defendant Property,       :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 2518 BROOKHAVEN CT, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,              :
    Thirty First-Named Defendant Property,    :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 3416 BELLINGHAM LN, ALBANY,          :
DOUGHERTY COUNTY, GEORGIA,              :
    Thirty Second-Named Defendant Property,   :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 1609 WHISPERWOOD STREET,             :
ALBANY, DOUGHERTY COUNTY, GEORGIA,      :
    Thirty Third-Named Defendant Property,    :
    :

ONE PARCEL OF REAL PROPERTY             :
AND IMPROVEMENTS, LOCATED               :
AT 1907 SCHLEY AVE, ALBANY,             :
DOUGHERTY COUNTY, GEORGIA,              :
    Thirty Fourth-Named Defendant Property    :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2421 BASSFORD LN, ALBANY,         :
DOUGHERTY COUNTY, GEORGIA,           :
    Thirty Fifth-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2510 BURNWYCK CT, ALBANY,         :
DOUGHERTY COUNTY, GEORGIA,           :
    Thirty Sixth-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2535 BASCOM DRIVE, ALBANY,        :
DOUGHERTY COUNTY, GEORGIA,           :
    Thirty Seventh-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2816 REEVES LN, ALBANY,           :
DOUGHERTY COUNTY, GEORGIA,           :
    Thirty Eighth-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 819 9TH AVE, ALBANY,              :
DOUGHERTY COUNTY, GEORGIA,           :
    Thirty Ninth-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 2116 LEDO RD, ALBANY,             :
DOUGHERTY COUNTY, GEORGIA,           :
    Fortieth-Named Defendant Property,   :
                                         :

ONE PARCEL OF REAL PROPERTY          :
AND IMPROVEMENTS, LOCATED            :
AT 161 LYNWOOD LANE,                 :
LEESBURG, LEE COUNTY, GEORGIA,       :
    Forty First-Named Defendant Property,   :

6

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1447 US HWY 19 SOUTH CONDOMINIUM             :
UNIT/BUILDING 23 LEESBURG,                      :
LEE COUNTY, GEORGIA,                            :
    Forty Second-Named Defendant Property,      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 211 ST. CLAIR DRIVE, LEESBURG,               :
LEE COUNTY, GEORGIA,                            :
    Forty Third-Named Defendant Property,       :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 156 PELHAM DRIVE, LEESBURG,                  :
LEE COUNTY, GEORGIA,                            :
    Forty Fourth-Named Defendant Property,      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 169 PELHAM DRIVE, LEESBURG,                  :
LEE COUNTY, GEORGIA,                            :
    Forty Fifth-Named Defendant Property,       :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1447 US HWY 19 SOUTH UNIT #7, LEESBURG,      :
LEE COUNTY, GEORGIA,                            :
    Forty Sixth-Named Defendant Property,       :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 106 AUGUSTA COURT, LEESBURG,                 :
LEE COUNTY, GEORGIA,                            :
    Forty Seventh-Named Defendant Property,     :

7

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 113 AUGUSTA COURT, LEESBURG,                     :
LEE COUNTY, GEORGIA,                                :
      Forty Eighth-Named Defendant Property,      :
                                                  : :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 1447 US HWY 19 SOUTH UNIT #26,                   :
LEESBURG, LEE COUNTY, GEORGIA,                      :
      Forty Ninth-Named Defendant Property,       :
                                                  : :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 139 TWELVE OAKS COURT,                           :
LEESBURG, LEE COUNTY, GEORGIA,                      :
      Fiftieth-Named Defendant Property,          :
                                                  :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 131 TWELVE OAKS COURT,                           :
LEESBURG, LEE COUNTY, GEORGIA,                      :
      Fifty First-Named Defendant Property,       :
                                                  :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 237 GLENDALE RD, LEESBURG,                       :
LEE COUNTY, GEORGIA,                                :
      Fifty Second-Named Defendant Property,      :
                                                  :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 123 TWELVE OAKS COURT,                           :
LEESBURG, LEE COUNTY, GEORGIA,                      :
      Fifty Third-Named Defendant Property,       :
                                                  :

ONE PARCEL OF REAL PROPERTY                         :
AND IMPROVEMENTS, LOCATED                           :
AT 181 WOOD DRIVE,                                  :
LEESBURG, LEE COUNTY, GEORGIA,                      :
      Fifty Fourth-Named Defendant Property,      :

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 126 TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Fifty Fifth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 117 TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Fifty Sixth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 113 TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Fifty Seventh-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, LOCATED
AT 116 TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Fifty Eighth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, KNOWN
AS LOT 1 OF TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Fifty Ninth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, KNOWN
AS LOT 3 OF TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA,
     Sixtieth-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY
AND IMPROVEMENTS, KNOWN
AS LOT 5 OF TWELVE OAKS COURT,
LEESBURG, LEE COUNTY, GEORGIA
     Sixty First-Named Defendant Property,

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 6 OF TWELVE OAKS COURT,                        :
LEESBURG, LEE COUNTY, GEORGIA,                        :
    Sixty Second-Named Defendant Property,           :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 7 OF TWELVE OAKS COURT,                        :
LEESBURG, LEE COUNTY, GEORGIA,                        :
    Sixty Third-Named Defendant Property,            :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 8 TWELVE OAKS COURT,                           :
LEESBURG, LEE COUNTY, GEORGIA                         :
    Sixty Fourth-Named Defendant Property,           :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 10 OF TWELVE OAKS COURT,                       :
LEESBURG, LEE COUNTY, GEORGIA                         :
    Sixty Fifth-Named Defendant Property,            :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 11 OF TWELVE OAKS COURT,                       :
LEESBURG, LEE COUNTY, GEORGIA                         :
    Sixty Sixth-Named Defendant Property,            :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 13 OF TWELVE OAKS COURT,                       :
LEESBURG, LEE COUNTY, GEORGIA                         :
    Sixty Seventh-Named Defendant Property           :
                                                     :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                               :
AS LOT 14 OF TWELVE OAKS COURT,                       :
LEESBURG, LEE COUNTY, GEORGIA,                        :
    Sixty Eighth-Named Defendant Property            :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 15 TWELVE OAKS COURT,                    :
LEESBURG, LEE COUNTY, GEORGIA,                  :
    Sixty Ninth-Named Defendant Property,     :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 17 OF TWELVE OAKS COURT,                 :
LEESBURG, LEE COUNTY, GEORGIA,                  :
    Seventieth-Named Defendant Property,      :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 19 OF TWELVE OAKS COURT,                 :
LEESBURG, LEE COUNTY, GEORGIA,                  :
    Seventy First-Named Defendant Property,   :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 21 OF TWELVE OAKS COURT,                 :
LEESBURG, LEE COUNTY, GEORGIA                   :
    Seventy Second-Named                      :
    Defendant Property,                       :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOTS 22 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                  :
    Seventy Third-Named Defendant Property,   :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 23 OF TWELVE OAKS COURT,                 :
LEESBURG, LEE COUNTY, GEORGIA                   :
    Seventy Fourth-Named Defendant Property,  :
                                              :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 25 OF TWELVE OAKS COURT,                 :
LEESBURG, LEE COUNTY, GEORGIA,                  :
    Seventy Fifth-Named Defendant Property,   :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 26 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                 :
    Seventy Sixth-Named Defendant Property,     :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 28 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                 :
    Seventy Seventh-Named Defendant             :
    Property,                                   :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 30 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                 :
    Seventy Eighth-Named Defendant Property,    :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 31 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                 :
    Seventy Ninth-Named Defendant Property,     :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS LOT 32 OF TWELVE OAKS COURT,                :
LEESBURG, LEE COUNTY, GEORGIA,                 :
    Eightieth-Named Defendant Property          :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 115 MARLOW LANE, LEESBURG,                  :
LEE COUNTY, GEORGIA                             :
    Eighty First-Named Defendant Property,      :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 108 AUBRY COURT, LEESBURG,                   :
LEE COUNTY, GEORGIA,                            :
     **Eighty Second-Named Defendant Property,**   :
                                       :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 121 LEE DRIVE LEESBURG,                      :
LEE COUNTY, GEORGIA,                            :
     **Eighty Third-Named Defendant Property,**   :
 :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 102 CLINTON CT., LEESBURG, LEE              :
COUNTY, GEORGIA,                                :
     **Eighty Fourth-Named Defendant Property,**   :
 :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1449 US HWY 19 SOUTH BUILDING               :
#20, LEESBURG, LEE COUNTY, GEORGIA,            :
     **Eighty Fifth-Named Defendant Property,**   :
 :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1449 US HWY19 SOUTH BUILDING                :
#22 LEESBURG, LEE COUNTY, GEORGIA,             :
     **Eighty Sixth-Named Defendant Property,**   :
 :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1449 US HWY 19 SOUTH BUILDING               :
#23 LEESBURG, LEE COUNTY, GEORGIA,             :
     **Eighty Seventh-Named Defendant Property,**   :
 :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 3729 GEORGIA HWY 33 SOUTH,                   :
SYLVESTER, WORTH COUNTY, GEORGIA,              :
     **Eighty Eighth-Named Defendant Property,**   :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1532 CANE MILL RD, SYLVESTER,                :
WORTH COUNTY, GEORGIA,                          :
    Eighty Ninth-Named Defendant Property,      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1514 CANE MILL RD, SYLVESTER,                :
WORTH COUNTY, GEORGIA,                          :
    Ninetieth-Named Defendant Property,         :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 605 SMOAK BRIDGE CIRCLE,                     :
WARWICK, WORTH COUNTY, GEORGIA,                 :
    Ninety First-Named Defendant Property,      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                          :
AS LAND LOT NO. 83 OF THE SEVENTH               :
LAND DISTRICT OF WORTH COUNTY, STATE            :
OF GEORGIA AND BEING ALL OF LOT 1A,             :
CONTAINING 13.122 ACRES, AND ALL OF LOT         :
1B, CONTAINING 36.801 ACRES, FOR A TOTAL        :
OF 49.923 ACRES, WORTH COUNTY, GEORGIA,         :
    Ninety Second-Named Defendant Property      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                          :
AS ALL OF PARCEL 26, IN LAND LOT NO. 82         :
OF THE SEVENTH LAND DISTRICT,                   :
WORTH COUNTY, GEORGIA,                          :
    Ninety Third-Named Defendant Property,      :
                                                :

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                          :
AS ALL OF PARCEL 28, IN LAND LOT 82, 7TH   :
LAND DISTRICT, WORTH COUNTY, GEORGIA,           :
    Ninety Fourth-Named Defendant Property,     :

14

ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, KNOWN                         :
AS ALL OF TRACT 1C, IN LAND LOT 83, 7TH        :
LAND DISTRICT, WORTH COUNTY, GEORGIA,          :
    Ninety Fifth-Named Defendant Property,     :
                                               :
ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 308 WARREN STREET, SYLVESTER,               :
WORTH COUNTY, GEORGIA,                         :
    Ninety Sixth-Named Defendant Property,     :
                                               :
ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 167 UNION LANE DOERUN,                      :
WORTH COUNTY, GEORGIA                          :
    Ninety Seventh-Named Defendant Property,   :
                                               :
ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 150 GOODROE ROAD, SYLVESTER,                :
WORTH COUNTY, GEORGIA,                         :
    Ninety Eighth-Named Defendant Property,    :
                                               :
ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 108 & 110 HOUSTON STREET,                   :
SYLVESTER, WORTH COUNTY, GEORGIA,              :
    Ninety Ninth-Named Defendant Property,     :
                                               :
ONE PARCEL OF REAL PROPERTY                    :
AND IMPROVEMENTS, LOCATED                       :
AT 1814 EVERGREEN ROAD, SYLVESTER,             :
WORTH COUNTY, GEORGIA,                         :
    One Hundredth-Named Defendant Property,    :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                              :
AS ALL THAT TRACT OR PARCEL OF LAND                 :
LYING AND BEING IN LAND LOT 231 OF THE              :
14TH LAND DISTRICT CONTAINING 102.47                :
ACRES, WORTH COUNTY, GEORGIA,                       :
    **One Hundred and First-Named**      :
    **Defendant Property,**                :
                                           :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, KNOWN                              :
AS ALL THAT TRACT OR PARCEL OF LAND                 :
LYING AND BEING IN LAND LOT 230 OF THE              :
14TH LAND DISTRICT CONTAINING 47.73                 :
ACRES, WORTH COUNTY, GEORGIA,                       :
    **One Hundred and Second-Named**     :
    **Defendant Property,**                :
                                           :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, LOCATED                            :
AT 126 DONNA DRIVE, SYLVESTER,                       :
WORTH COUNTY, GEORGIA,                               :
    **One Hundred and Third-Named**      :
    **Defendant Property,**                :
                                           :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, LOCATED                            :
AT 304 EAST STREET, SYLVESTER,                       :
WORTH COUNTY, GEORGIA,                               :
    **One Hundred and Fourth-Named**     :
    **Defendant Property,**                :
                                           :

ONE PARCEL OF REAL PROPERTY                          :
AND IMPROVEMENTS, LOCATED                            :
AT 306 HILLSIDE DRIVE, SYLVESTER,                    :
WORTH COUNTY, GEORGIA,                               :
    **One Hundred and Fifth-Named**      :
    **Defendant Property,**                :

ONE PARCEL OF REAL PROPERTY                   :
AND IMPROVEMENTS, LOCATED                     :
AT 2353 GEORGIA HWY 33 NORTH,                 :
SYLVESTER, WORTH COUNTY, GEORGIA,            :
    One Hundred and Sixth-Named          :
    Defendant Property,                  :
                                         :
ONE PARCEL OF REAL PROPERTY                   :
AND IMPROVEMENTS, LOCATED                     :
AT 7505 THOMAS DRIVE, EN SOLEIL              :
CONDOMINIUM UNIT 213 C, PANAMA CITY          :
BEACH, BAY COUNTY, FLORIDA,                   :
    One Hundred and Seventh-Named        :
    Defendant Property,                  :
                                         :
ONE 2008 CHEVROLET TAHOE C1500,              :
VIN: 1GNFC13028R234867,                       :
    One Hundred and Eighth-Named         :
    Defendant Property,                  :
                                         :
ONE 2003 FONTAINE 353WDMR TRAILER,           :
VIN: 13N34820733518330,                       :
    One Hundred and Ninth-Named          :
    Defendant Property,                  :
                                         :
2000 FONTAINE STORAGE TRAILER,               :
VIN: 13N1532C7Y5991190,                       :
    One Hundred and Tenth-Named          :
    Defendant Property,                  :
                                         :
2000 FONTAINE STORAGE TRAILER,               :
VIN: 13N1532C2Y5991193                        :
    One Hundred and Eleventh-Named       :
    Defendant Property,                  :
                                         :
2008 TENNESSEE BOAT TRAILER,                 :
VIN: 1TPSB262181081963,                       :
    One Hundred and Twelfth-Named        :
    Defendant Property,                  :

2008 CHAPARRAL BOAT,                          :
BHN: FGBZ3094J708,                            :
    **One Hundred and Thirteenth-Named**   :
    **Defendant Property,**                :
                                           :

2009 HARLEY DAVIDSON MOTOR CYCLE,             :
VIN: 1HD1PX81X9K975921,                       :
    **One Hundred and Fourteenth-Named**   :
    **Defendant Property,**                :
                                           :

2000 INTERNATIONAL 9200 TRUCK,                :
VIN: 3HSCEAMR5YN057740,                        :
    **One Hundred and Fifteenth-Named**    :
    **Defendant Property,**                :
                                           :

2007 CHEVROLET SILVERADO C150 TRUCK,          :
VIN: 2GCEC13V071176443,                       :
    **One Hundred and Sixteenth-Named**    :
    **Defendant Property,**                :
                                           :

2010 GMC SIERRA K1500,                        :
VIN: 3GTRKVE39AG178830,                       :
    **One Hundred and Seventeenth-Named**  :
    **Defendant Property,**                :
                                           :

2006 GMC SIERRA 150,                          :
VIN: 2GTEK13T061139070,                       :
    **One Hundred and Eighteenth-Named**   :
    **Defendant Property,**                :
                                           :

2011 CADILLAC ESCALADE,                       :
VIN: 1GYS3DEF7BR253085,                       :
    **One Hundred and Nineteenth-Named**   :
    **Defendant Property,**                :
                                           :

2009 LAND ROVER ,                             :
VIN: SALSF25429A213580,                       :
    **One Hundred and Twentieth-Named**    :
    **Defendant Property,**                :

| | |
|---|---|
| **2011 FORD ECONOLINE VAN,** | : |
| **VIN: 1FTNE2EL3BDB40366,** | : |
| **One Hundred and Twenty First-Named** | : |
| **Defendant Property,** | : |
| | : |
| **2013 FORD F-150 PICK-UP TRUCK,** | : |
| **VIN: 1FTFW1EF3DFA09967,** | : |
| **One Hundred and Twenty Second-Named** | : |
| **Defendant Property.** | : |
| | : |

## VERIFIED COMPLAINT FOR FORFEITURE

COMES NOW, Plaintiff, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, brings this complaint and alleges as follows in accordance with Rule G(2) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure:

### Nature of the Action

1.      This is a civil action *in rem* brought pursuant to 18 U.S.C. § 981(a)(1)(C), and 18 U.S.C. § 981(a)(1)(A) to forfeit and condemn, to the use and benefit of the United States of America, certain real and personal property, more particularly described in the table below, and hereinafter collectively referred to as the "Defendant Property".

19

**The Defendant in Rem[1]**

| Property ID Number | Physical Location and Description |
|---|---|
| D1 | The First-Named Defendant Property is real property listed in the name of Albany Oil Mill, Inc., located at 1145 East Broad Avenue, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 239 and Land Lot 230 in the First Land District, City of Albany, Dougherty County, Georgia, and being all of Tract 1 containing 16.0909 acres, all of Tract 2, containing 1.6863 acres, all of Tract 3 containing .0474 acres and all of Tract 4 containing .0056 acres as shown on a survey for Albany Oil Mill, Inc., recorded in Plat Cabinet 1D, Slide 65-G, in the office of the Clerk of Superior Court of Dougherty County, Georgia. There is a portion of this property described in Deed Book 863, Page 249, and Deed Book 3857, Page 67 in the office of the Clerk of the Superior Court of Dougherty County, Georgia. LESS AND EXCEPT: All that land lying and being in Land Lots 230 and 239 in the First Land District, City of Albany, Dougherty County, Georgia, and being all of Parcel "A" containing 11.1731 acres as shown on survey for Albany Oil Mill, Inc., recorded in Plat Cabinet 1D, Slide 65-H, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. |

---

1 Each real property subject to forfeiture is identified in the table by a letter and a number as follows:  i.) The real properties identified with the letter D are located in Dougherty County, Georgia; ii.) The real properties identified with the letter L are located in Lee County, Georgia; iii.) The real properties identified with the letter W are located in Worth County, Georgia; and iv.) The real property identified with the letter F is located in Bay County, Florida.  The identification number/letter is not significant other than the numbering of properties located in each county and state.  In addition, each vehicle or trailer subject to forfeiture is identified in the table below by the letter V, and is also numbered.

| D2 | The Second-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1929 Stuart Avenue Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| --- | --- |
| | ALL THAT TRACT OR PARCEL OF LAND lying and being in Land Lot 407 in the First Land District, City of Albany, Dougherty County, Georgia, and being more particularly described as follows: |
| | All of Lot 3 of Deerfield Village V, Phase I, according to a map or plat of a redivision of Lots 1-14, Deerfield Village V, Phase I, same is recorded in Plat Cabinet 1, Slide B-83, in the office of the Clerk of Superior Court of Dougherty County, Georgia. |
| D3 | The Third-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1614 Whisperwood Street, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that parcel of land lying and being in the City of Albany, Dougherty County, Georgia and being all of Lot 49, of Greenbriar Subdivision, as per plat recorded in Plat Book 4, Page 188, in said county records, said plat being incorporated and made a part of this description; being the same property described in that certain Deed Under Power dated January 6, 2009 and recorded in Deed Book 3568, Page 258, Dougherty County, Georgia Records. |
| | Said property is known as 1614 Whisperwood Street, Albany, Georgia 31721, together will all fixtures and personal property attached to and constituting a part of said property, if any. |
| | This conveyance is made subject to all easements, covenants and restrictions of record. |
| D4 | The Fourth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2401 Hilltop Drive, Albany, |

| | |
|---|---|
| | Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 407 in the First Land District, City of Albany, Dougherty County, Georgia, and being all of Lot 24 of the Gailshear Gardens Subdivision "B", according to a map or plat of said subdivision as same is recorded in Plat Book 2, Page 186 (Plat Cabinet 1, Slide A-60), in the Office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>Said property is more commonly known as 2401 Hilltop Drive, Albany, Georgia 31707. |
| D5 | The Fifth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 807 Cardinal Grove Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN THE CITY OF ALBANY, DOUGHERTY COUNTY, GEORGIA AND BEING ALL OF LOT 5 OF CARDINAL GROVE SUBDIVISION, SECTION 2, ACCORDING TO A MAP OR PLAT OF SAME IS RECORDED IN PLAT CABINET 1, SLIDE 14 IN THE OFFICE OF THE CLERK OF THE SUPERIOR COURT OF DOUGHERTY COUNTY, GEORGIA.<br><br>SAID PROPERTY IS BEING KNOWN AS 807 CARDINAL GROVE COURT, GA, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DOUGHERTY COUNTY, GEORGIA. |
| D6 | The Sixth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2541 Bascom Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |

22

| | |
|---|---|
| | All that tract or parcel of land lying and being in Land Lot 407 in the First Land District, City of Albany, Dougherty County, Georgia and being all of Lot 510 of Dunbarton Place Subdivision, Section Five, according to a map or Plat of said Subdivision as same is recorded in Plat Cabinet 1, Slide C52G, in the office of the clerk of the Superior Court of Dougherty County, Georgia.<br><br>Said property is more commonly known as 2541 Bascom Drive, Albany, Georgia 31707. |
| D7 | The Seventh-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1927 Stuart Avenue, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia and being more particularly described as All of Lot Four of Deerfield Village V, Phase I, according to a map or plat of a Re-Division of Lots 1-14, Deerfield Village V, Phase I, recorded in Plat Cabinet 1, Slide B-83, in the Office of the Clerk of Superior Court, Dougherty County, Georgia.<br><br>Subject to all visible easements and restrictions of record. |
| D8 | The Eighth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1814 Doncaster Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN THE CITY OF ALBANY, DOUGHERTY COUNTY, GEORGIA, AND BEING ALL OF LOT 90 SHERWOOD ACRES SUBDIVISION, ACCORDING TO A MAP OR PLAT OF SAID SUBDIVISION AS SAME IS RECORDED IN PLAT BOOK 2, PAGE 215, (PLAT CABINET 1, SLIDE A-64), IN THE OFFICE OF THE CLERK OF SUPERIOR COUNTY OF DOUGHERTY COUNTY, GEORGIA. |

|   | BEING IMPROVED PROPERTY KNOWN AS 1814 DON CASTER DRIVE, GEORGIA, ACCORDING TO THE PRESENT SYSTEM OF NUMBERING HOUSES IN DOUGHERY COUNTY, GEORGIA. |
|---|---|
| D9 | The Ninth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1610 Whisperwood Street, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>Commence at the northeast corner of the intersection of Gillionville Road and Whisperwood Street as shown on that certain plat recorded in Plat Book 4, Page 188, in the Office of the Clerk of Superior Court of Dougherty County, Georgia, and run thence North 0 degrees, 37 minutes 49 seconds East a distance of 522.64 feet along the East right-of-way of Whisperwood Street to the POINT OF BEGINNING; continue thence South 89 degrees, 22 minutes, 11 seconds East 214.58 feet to the West side of a 20 foot alley, thence go North 0 degrees, 35 minutes 08 seconds East 100.66 feet to a point; thence run North 89 degrees, 22 minutes, 11 seconds West 214.50 feet to the East margin of Whisperwood Street, and thence go South 0 degrees 37 minutes 49 seconds West a distance of 100.66 feet to the POINT OF BEGINNING. The described tract is known as 1610 Whisperwood Street according to the present system of numbering of streets in the City of Albany, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D10 | The Tenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3106 Fernridge Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All of Lot 8 of Whisperwood Homes, Section Two, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-2, in the Office of the Clerk of Superior Court of Dougherty County, Georgia. |

| | |
|---|---|
| | This conveyance is made subject to all easements and restrictions of record. |
| D11 | The Eleventh-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3104 Fernridge Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All of Lot 7 of Whisperwood Homes, Section Two, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-2, in the Office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D12 | The Twelfth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2420 Bassford Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 409 in the First Land District of Dougherty County, Georgia, and being more particularly described as follows:<br><br>All of Lot 87 of Kensington Green Subdivision, Phase III, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-93-B, in the office of the Clerk of Superior Court, Dougherty County, Georgia.<br><br>Subject to all easements and restrictions of record. |
| D13a | The Thirteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1912 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>**Tract I**<br>All of Lot 19 of Deerfield Village, V, Phase II according to a map or plat of said subdivision as the same is recorded in |

|  | Plat Cabinet 1, Slide B-77, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
|---|---|
| D13b | The Fourteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1914 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>**Tract II**<br>All of Lot 18 of Deerfield Village, V, Phase II according to a map or plat of said subdivision as the same is recorded in Plat Cabinet 1, Slide B-77, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D13c | The Fifteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1915 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>**Tract III**<br>All of Lot 24 of Deerfield Village, V, Phase II according to a map or plat of said subdivision as the same is recorded in Plat Cabinet 1, Slide B-77, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D14 | The Sixteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1919 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |

| | |
|---|---|
| | All of Lot 22 of Deerfield Village, V, Phase II according to a map or plat of said subdivision as the same is recorded in Plat Cabinet 1, Slide B-77, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D15 | The Seventeenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, known as 101/103 National Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All those tracts or parcels of land situate, lying and being in Land Lot 79, of the Second Land District, City of Albany, Dougherty County, Georgia, and being more particularly described as all of Lots 29 and 30 of Gillionville Acres, Section Three, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-1, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D16 | The Eighteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3930 Rodnor Forest Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Dougherty County, Georgia and being more particularly described as all of Lot 8, Pine Brook Subdivision, Section One, according to a map or plat of said subdivision as shown and recorded in Plat Cabinet One, Slide C-10, in the Office of the Clerk of Superior Court of Dougherty County, Georgia. This is the same property conveyed to George A. Barfield, Jr. by Warranty Deed recorded at Deed Book 1763, Page 140 in |

| | |
|---|---|
| | the Office of the Clerk of Superior Court, Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D17 | The Nineteenth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 105 Embleton Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 18 of Pine Brook Subdivision, Section One, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-10, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D18 | The Twentieth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, known as 136/138 Westcott Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 25 of Pine Brook Subdivision, Section Two, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-83-D, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D19 | The Twenty First-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, known as 3613-3615 Mayfair Lane, Albany, Dougherty County, Georgia, including any |

| | |
|---|---|
| | appurtenances and improvements thereon, more particularly described as: |
| | All that tract or parcel of land lying and being in Dougherty County, Georgia and being all of Lot 78 of St. Andrews Square, Phase V, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-22, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. |
| | This conveyance is made subject to all easements and restrictions of record. |
| D20 | The Twenty Second-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1907 Buck Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that tract or parcel of land lying and being in Dougherty County, Georgia and being all of Lot 17 of Deerfield Village Subdivision, Section II, according to map or plat of same as recorded in Plat Book 5, Page 169 (Plat Cabinet 1, Slide B-65) in the office of the Clerk of the Superior Court, Dougherty County, Georgia. |
| | This conveyance is made subject to all easements and restrictions of record. |
| D21 | The Twenty Third-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1910 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that tract or parcel of land lying and being in Land Lot 407, First Land District, City of Albany, Dougherty County, Georgia and being all of Lot 20 of Deerfield Village V, Phase II, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide B-77, in the Office of the Clerk of Superior Court of Dougherty County, Georgia. |

29

| | |
|---|---|
| | This conveyance is made subject to all easements and restrictions of record. |
| D22 | The Twenty Fourth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, known as 100/101 Constitution Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All of Lot 16 and Lot 28 of Gillionville Acres Subdivision, Section Two, according to a map or plat of said subdivision as the same is recorded in Plat Cabinet 1, Slide B-97, in the office of the clerk of the Superior Court of Dougherty County, Georgia. |
| | This conveyance is made subject to all easements and restrictions of record. |
| D23 | The Twenty Fifth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1917 Elkhorn Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All of Lot 23 of Deerfield Village V, Phase II, according to a map or plat of said subdivision as the same is recorded in Plat Cabinet 1, Slide B-77, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. |
| | This conveyance is made subject to all easements and restrictions of record. |
| D24 | The Twenty Sixth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2503 Brierwood Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that certain property situated and being in the City of Albany, Dougherty County, Georgia, and being all of Lot 7 of |

| | |
|---|---|
| | Brierwood Subdivision according to a map or plat of said subdivision as same is recorded in Plat Book 2, Page 256, in the office of the Clerk of the Superior Court of Dougherty County, Georgia. |
| D25 | The Twenty Seventh-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3434 Bellingham Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: <br><br> All that tract or parcel of land lying and being in Land Lot 38 in the Second Land District of Dougherty County, Georgia, and being more particularly described as all of Lot 39 of Redivision of Beattie Woods Subdivision, Lots 2, 3 & 4, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-60H, in the Office of the Clerk of the Superior Court of Dougherty County, Georgia. <br><br> Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |
| D26 | The Twenty Eighth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3424 Bellingham Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: <br><br> All that tract or parcel of land lying and being in Land Lot 38 in the Second Land District of Dougherty County, Georgia, and being more particularly described as all of Lot 44 of Redivision of Beattie Woods Subdivision, Lots 2, 3 & 4, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-60H, in the Office of the Clerk of the Superior Court of Dougherty County, Georgia. <br><br> Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |

| D27 | The Twenty Ninth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3609 Club Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| --- | --- |
| | All that tract or parcel of land lying and being in Land Lot 37 of the Second Land District of Dougherty County, Georgia, and being all of Lot 1 of Club Gardens Subdivision, Section One, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-80A, in the Office of the Clerk of Superior Court of Dougherty County, Georgia. |
| | Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |
| D28 | The Thirtieth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2509 Brookhaven Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that tract or parcel of land lying and being in Land Lot 37 of the Second Land District of Dougherty County, Georgia, and being all of Lot 68 of Club Gardens Subdivision, Section Two, according to a map or plat of said subdivision, as same is recorded in Plat Cabinet 1, Slide C-89B, in the Office of the Clerk of Superior Court of Dougherty County, Georgia. |
| | Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |
| D29 | The Thirty First-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2518 Brookhaven Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as: |
| | All that tract or parcel of land lying and being in Land Lot 37 of the Second Land District of Dougherty County, Georgia, and being all of Lot 49 of Club Gardens Subdivision, Section Two, according to a map or plat of said subdivision, as same |

32

| | |
|---|---|
| | is recorded in Plat Cabinet 1, Slide C-89B, in the Office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |
| D30 | The Thirty Second-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 3416 Bellingham Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 38 in the Second Land District of Dougherty County, Georgia, and being all of Lot 48 of Redivision Beattie Woods, Lots 2, 3 and 4, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-60H, in the Office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>Said property including any and all buildings, fixtures, and other property located thereon (the "Property"). |
| D31 | The Thirty Third-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 1609 Whisperwood Street, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that certain parcel of land situate in Land Lot 78 in the Second Land District, City of Albany, Dougherty County, State of Georgia, and being more particularly described as follows: All of Lot 4 of Whisperwood Homes, Section One, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide B-100, in the Office of the Clerk of Superior Court, Dougherty County, Georgia.<br><br>Property address is:  1609 WHISPERWOOD ST ALBANY, GAL 31721. |

| | |
|---|---|
| D32 | The Thirty Fourth-Named Defendant Property is real property listed in the name of Zamekri, LLC, located at 1907 Schley Avenue, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 408 in the First Land District, Dougherty County, Georgia and being all of Lot 4A of Pecan Groves Subdivision, Phase One, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-99-H in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D33 | The Thirty Fifth-Named Defendant Property is real property listed in the name of Zamekri,, LLC, located at 2421 Bassford Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying in Land Lot 409 of the First Land District of Dougherty County, Georgia, and being all of Lot 59 of Kensington Green Subdivision, Phase 3, according to plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-93B, in the office of the Clerk of Superior Court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| D34 | The Thirty Sixth-Named Defendant Property is real property listed in the name of Zamekri, LLC, located at 2510 Burnwyck Court, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 407 in the First Land District, City of Albany, Dougherty County, Georgia and being all of Lot 523 of Dunbarton Place Subdivision, Section Five, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-52H, in the office of the clerk of the Superior Court of |

| | |
|---|---|
| | Dougherty County, Georgia. Said property is also known as 2510 Burnwyck Court according to the present numbering system in City of Albany, Dougherty County, Georgia. |
| D35 | The Thirty Seventh-Named Defendant Property is real property listed in the name of Zamekri, LLC, located at 2535 Bascom Drive, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 407 in the First Land District, City of Albany, Dougherty County, Georgia and being all of Lot 507 of Dunbarton Place Subdivision, Section Five, according to a map or plat of said subdivision as same is recorded in Plat Cabinet 1, Slide C-52H, in the office of the clerk of the Superior Court of Dougherty County, Georgia. Said property is also known as 2535 Bascom Drive according to the present numbering system in the City of Albany, Dougherty County, Georgia. |
| D36 | The Thirty Eighth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2816 Reeves Lane, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in the City of Albany, County of Dougherty, State of Georgia and being all of Lot 9 Westwood Subdivision, Section 1 according to the map or plat of said subdivision recorded at Plat Book 4 Page 80 (now Plat Cabinet One, Slide B-29) in the Office of the Clerk of the Superior Court of Dougherty County, Georgia. |
| D37 | The Thirty Ninth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 819 9th Avenue, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Dougherty County, Georgia, and being all of Lot 10 in Block 34 of |

| | |
|---|---|
| | Rawson Circle Subdivision, according to a map or plat of said subdivision as same is recorded in Plat Book 1, page 242, (Plat Cabinet 1, Slide A-31), in the Office of the Clerk of Superior Court of Dougherty County, Georgia.

This conveyance is made subject to all matters set forth on Exhibit "B."

**Exhibit "B"**

Permitted Encumbrances

1.  The lien of taxes and assessments for the current year and subsequent years;
2.  Matters that would be shown by an accurate survey and inspection of the property;
3.  All covenants, restrictions, conditions, easements, reservations, rights-of-way, and other matters of record, to the extent valid, subsisting and enforceable;
4.  Zoning requirements, statutes, rules, orders, restrictions, regulations and ordinances of governmental agencies or their instrumentalities relating to the property, the buildings located thereon, their construction and uses, in force on the date hereof (if any such exist);
5.  All roads and legal highways;
6.  Rights of parties in possession (if any); and
7.  Any licenses, permits, authorizations or similar items (if any) in connection with the conduct of any activity upon the property. |
| D38 | The Fortieth-Named Defendant Property is real property listed in the name of CWW & Wade, LLC, located at 2116 Ledo Road, Albany, Dougherty County, Georgia, including any appurtenances and improvements thereon, more particularly described as:

All that tract or parcel of land lying and being in part of Land Lot 408 of the 1st Land District of Dougherty County, Georgia and being more particularly described as all of Lot 2F of the re-subdivision of Lot 2 of Palmyra Pecan Groves Subdivision "A" according to a map or plat of said subdivision as same is |

| | |
|---|---|
| | recorded in Plat Book 3, Page 295 in the office of the Clerk of Superior court of Dougherty County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L1 | The Forty First-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 161 Lynwood Lane, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 237 of the 2nd District, Lee County, Georgia, being Lot 2, Laurelbrook Place, Phase One, as per plat recorded in Plat Cabinet D, Page 123 Slide D, Lee County, Georgia records, which recorded plat is incorporated herein by this reference and made a part of this description. Said property being known as 161 Lynwood Lane according to the present system of numbering property in Lee County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L2 | The Forty Second-Named Defendant Property is real property listed in the name of The Forty Fourth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 1447 U.S. Hwy. 19 South Condominium Unit/Building #23, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 243 in the Second Land District of Lee County, Georgia, and being all of Condominium Unit/Building 23 of Lee Village Condominiums, Phase I, according to a map or plat of survey of said condominium as recorded in Plat "E", Slide E-88 in the office of the Clerk of the Superior Court of Lee County, Georgia, TOGETHER WITH all right, title and interest applicable and appurtenant to said unit as established under the Declaration of Condominium of said condominium as recorded in Deed Book 725, Page 1, and |

|     |     |
| --- | --- |
|     | as amended by Amendment recorded in Deed Book 785, Page 207, Lee County land records. The interest described herein includes without limiting the generality of the foregoing, an undivided interest in the common area of Lee Village Condominiums as more particularly established in the above referenced Declaration of Condominium, and the right to ingress to and egress from said condominium unit and the right to use, for all proper purposes, any and all portions of the condominium designated as common elements. The plans of said condominium are filed in the Lee Village Condominium binder in the office of the Clerk of the Superior Court of Lee County, Georgia.<br><br>Said Declaration of Condominium, as amended, together with the above referenced plat and plans including any amendments as may be made thereto, are incorporated herein by reference as part of the description of the condominium unit conveyed herein.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L3 | The Forty Third-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 211 St. Clair Drive, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lots 76 and 77 in the First Land District of Lee County, Georgia, and being all of Lot 74 of Springdale Subdivision, Section III, according to a map or parcel of said subdivision as Same is recorded in Plat Book D, Slide D-153, in the Office of the Clerk of Superior Court of Lee County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L4 | The Forty Fourth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 156 Pelham Drive, Leesburg, |

38

| | |
|---|---|
| | Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>**Tract One**<br>All that tract or parcel of land lying and being in Lee County, Georgia and being all of Lot 135 of Lee High Acres Subdivision, Phase II, according to map or plat of said subdivision as same is recorded in Plat Cabinet C, Slide C-80, and as shown as being in Phase III, according to a map or plat of subdivision as same is recorded in Plat Cabinet C, Slide C-92, in the office of the Clerk of the Superior Court of Lee County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L5 | The Forty Fifth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 169 Pelham Drive, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>**Tract Two**<br>All that tract or parcel of land lying and being in Lee County, Georgia and being all of Lot 161 of Lee High Acres Subdivision, Phase III, according to map or plat of said subdivision as same is recorded in Plat Cabinet C, Slide C-92, in the office of the Clerk of the Superior Court of Lee County, Georgia.<br><br>This conveyance is made subject to all easements and restrictions of record. |
| L6 | The Forty Sixth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 1447 U.S. Hwy. 19 South Unit #7, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:<br><br>All that tract or parcel of land lying and being in Land Lot 243 in the Second Land District of Lee County, Georgia, and being all of Condominium Unit 7 of Lee Village |

| | |
|---|---|
| | Condominium, according to a map or plat of survey of said condominium as recorded in Plat Cabinet E, Slide E-88, in the office of the Clerk of the Superior Court of Lee County, Georgia, together with all rights, title and interest applicable and appurtenant to said unit as established under the Declaration of Condominium of said condominium as recorded in Deed Book 725, Page 1, and as amended by Amendment recorded in Deed Book 785, Page 207, Lee County land records. The interest described herein included, without limiting the generality of the foregoing, an undivided interest in the common area of Lee Village Condominium as more particularly established in the above reference Declaration of Condominium and the right to use, for all proper purposes, any and all portions of the condominium designated as common elements. |
| L7 | The Forty Seventh-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 106 Augusta Court, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as: <br><br> All those tracts or parcels of land lying and being in Land Lot 243, Second Land District of Lee County, Georgia and being all of Lot 61 of Paceland South, Section III, according to a map or plat of subdivision as same is recorded in Plat Cabinet D, Slide D-95, in the office of the Clerk of the Superior Court of Lee County, Georgia. <br><br> This conveyance is made subject to all easements and restrictions of record. |
| L8 | The Forty Eighth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 113 Augusta Court, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as: <br><br> All those tracts or parcels of land lying and being in Land Lot 243, Second Land District of Lee County, Georgia and being all of Lot 71 of Paceland South, Section 111, according to a map or plat of subdivision as same is recorded in Plat |

|  | Cabinet D, Slide D-95, in the office of the Clerk of the Superior Court of Lee County, Georgia.

This conveyance is made subject to all easements and restrictions of record. |
|---|---|
| L9 | The Forty Ninth-Named Defendant Property is real property listed in the name of Zemekri, LLC, located at 1447 U.S. Hwy. 19 South Unit #26, Leesburg, Lee County, Georgia, including any appurtenances and improvements thereon, more particularly described as:

All that tract or parcel of land lying and being in Land Lot 243 in the Second Land District, Lee County, Georgia, and being more particularly described as All of Condominium Unit 26 of Lee Village Condominiums, according to a map or plat of said condominiums recorded in Plat Cabinet "E," Slide E-101D, in the Office of the Clerk of Superior Court of Lee County, Georgia, together with all right, title and interest applicable and appurtenant to said Unit as established under the Declaration of Condominium of said Condominiums as recorded in Deed Book 785, Page 207, *et. seq.*, Lee County Land Records. The interest described herein includes, without limited the generality of the foregoing, an undivided interest in the common areas of Lee Village Condominiums as more particularly established in the above referenced Declaration of Condominium, and the right of ingress to and egress from said Condominium Unit and the right to use, for all proper purposes, and all portions of the Condominium designed as common elements. Said Declaration of Condominiums, as amended, together with the above referenced plat and plans, including any amendments as may be made thereto, are incorporated herein by reference as part of the description of the Condominium Unit 26 herein described.

Subject to visible easements, to restrictions and easements of record, to the provisions of the Georgia Condominium Act; to the above referenced Declaration of Condominium; to the Articles of Incorporation of Lee Village Condominium Association, Inc. and to the By-Laws and rules and regulations of said Lee Village Condominiums, all as may be amended form time to time. All of the restrictions, reservations, limitations, conditions, option, agreements, |