## LIMITED LIABILITY COMPANY AUTHORIZATION RESOLUTION

Flint Community Bank  
PO BOX 70878, 2910 Meredyth Drive  
Albany, GA  31708

By: ALBANY LIMITED PARTNERSHIP MANAGEMENT, LLC  
3729 GA HIGHWAY 33 S  
SYLVESTER, GA  31791

Referred to in this document as "Financial Institution"     Referred to in this document as "Limited Liability Company"

I, __CHRISTOPHER W. WHITMAN__, certify that I am a Manager or Designated Member of the above named Limited Liability Company organized under the laws of __GEORGIA__, Federal Employer I.D. Number __46-0635155__, engaged in business under the trade name of __ALBANY LIMITED PARTNERSHIP MANAGEMENT, LLC__, and that the resolutions on this document are a correct copy of the resolutions adopted at a meeting of all members of the Limited Liability Company or the person or persons designated by the members of the Limited Liability Company to manage the Limited Liability Company as provided in the articles of organization or an operating agreement, duly and properly called and held on __02/08/13__ (date). These resolutions appear in the minutes of this meeting and have not been rescinded or modified.

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

| | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | CHRISTOPHER W. WHITMAN, SOLE MEMBER/ MA | X _[signature]_ | X |
| B. | REBECCA E. WHITMAN, AUTHORIZED SIGNER | X _Rebecca Whitman_ | X |
| C. | | X | X |
| D. | | X | X |
| E. | | X | X |
| F. | | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | | Indicate number of signatures required |
|---|---|---|---|
| A | (1) | Exercise all of the powers listed in this resolution. | See Below |
| | (2) | Open any deposit or share account(s) in the name of the Limited Liability Company. | 1 |
| B | (3) | Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | 1 |
| | (4) | Borrow money on behalf and in the name of the Limited Liability Company, sign, execute and deliver promissory notes or other evidences of indebtedness. | 1 |
| | (5) | Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Limited Liability Company as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | 1 |
| | (6) | Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | 1 |
| | (7) | Other | |

**LIMITATIONS ON POWERS** The following are the Limited Liability Company's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated __08/13/12__. If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY**  
I further certify that the Managers or Designated Members of the Limited Liability Company have, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the persons named who have full power and lawful authority to exercise the same. (Apply seal below where appropriate.)

In Witness Whereof, I have subscribed my name to this document and affixed the seal, if any, of the Limited Liability Company on __02/08/13__ (date).

_____    _____  
Attest by One Other Manager or Designated Member    Manager or Designated Member

United States v. Whitman, McCarty & Newell  
1:14-CR-0001-WLS-TQL  
Detention Hearings (Jan. 26-27, 2014)  
U.S. Dept. of Justice, Public Integrity Section  
Trial Attorneys Richard Evans & J.P. Cooney  
Government Exhibit No. 201-CW

n LLC-1 5/1/2003     (page 1 of 2)

## AMENDED AND RESTATED
## OPERATING AGREEMENT
## OF
## ALBANY LIMITED PARTNERSHIP MANAGEMENT, LLC

This Agreement is intended to be a written Operating Agreement, pursuant to OFFICIAL CODE OF GEORGIA ANNOTATED ("O.C.G.A.") §14-11-101(18).

### WITNESSETH:

### ARTICLE I

*Sole Member.* The sole member of ALBANY LIMITED PARTNERSHIP MANAGEMENT, LLC, a Georgia limited liability company (the "Company") is CHRISTOPHER WHITMAN (the "Member").

### ARTICLE II

*Management.* Pursuant to O.C.G.A. §14-11-304, the management of the Company shall be vested in CHRISTOPHER WHITMAN (the "Manager").

IN WITNESS WHEREOF, the Member has executed this Agreement as of the 8th day of February, 2013.

_____(SEAL)
CHRISTOPHER WHITMAN, Sole Member / Manager

T:\Client Folders\Whitman - Albany Limited Partnership Management, LLC Assignment\Single Member Ops Agt 2013.docx

## BILL OF SALE
## OF MEMBERSHIP INTEREST

**FOR VALUE RECEIVED,** the undersigned LEIGH ANN FLYNN (hereinafter "Seller") hereby sells and transfers unto CHRISTOPHER WHITMAN (hereinafter "Buyer") and Buyer's successors and assigns forever, the following Membership Interest:

| | |
|---|---|
| Limited Liability Company Name: | ALBANY LIMITED PARTNERSHIP MANAGEMENT, LLC |
| Percentage Interest Transferred: | 100% |
| Consideration Paid: | Ten Dollars ($10.00) and other good and valuable consideration |

Seller will assist Buyer in affecting a transfer of such Membership Interest on the books and records of the issuing limited liability Company.

Signed this _8th_ day of February, 2013

_____, Seller
LEIGH ANN FLYNN

Signed, sealed and delivered
in our presence:

_____
Unofficial Witness

_____
Notary Public

My Commission Expires:

[SEAL]

STATE OF GEORGIA
COUNTY OF FULTON

## ASSIGNMENT

**IN CONSIDERATION** for Ten Dollars ($10.00), paid in hand, and other good and valuable consideration, the sufficiency and receipt of which is hereby acknowledged, I, Leigh Ann Flynn, do transfer, assign and convey all right, title and interest which I have in a One Hundred percent (100%) Member Interest in Albany Limited Partnership Management, LLC ("Company") to Christopher Whitman.

By: _____
Leigh Ann Flynn
Date: 2-8-2013

Signed, sealed and delivered
in our presence:

_____
Unofficial Witness

_____
Notary Public
My Commission Expires:

[SEAL]

T:\Client Folders\Whitman - Albany Limited Partnership Management, LLC Assignment\Assignment of Interest.docx