## PARTNERSHIP RESOLUTION OF AUTHORITY

Flint Community Bank  
PO BOX 70878, 2910 Meredyth Drive  
Albany, GA  31708

By: ULOC II, L.P.  
3729 GA HIGHWAY 33 S.  
SYLVESTER, GA  31791

Referred to in this document as "Financial Institution"        Referred to in this document as "Partnership"

---

The above partnership consists of the following partners (or if a limited partnership, the following general partners):

CHRISTOPHER W. WHITMAN

The above-named parties represent that they constitute all of the partners of the partnership designated above, or if a limited partnership, constitute all of the general partners of the partnership designated above. These individuals are referred to in this document as "Partners."

Federal I.D. Number  25-8338954  for  ULOC II, L.P.  Date  08/16/12  
(EIN if one has been obtained or SSN if no EIN has been obtained)    (Trade Name of Partnership if EIN provided or Name of Partner supplying SSN)

**AGENTS** Any Agent listed below, subject to any written limitations, is authorized to exercise the powers granted as indicated below:

|   | Name and Title or Position | Signature | Facsimile Signature (if used) |
|---|---|---|---|
| A. | CHRISTOPHER W. WHITMAN, OPERATING MANAG | X /s/ | X |
| B. | REBECCA E. WHITMAN, AUTHORIZED SIGNER | X Rebecca E. Whitman | X |
| C. |  | X | X |
| D. |  | X | X |
| E. |  | X | X |
| F. |  | X | X |

**POWERS GRANTED** (Attach one or more Agents to each power by placing the letter corresponding to their name in the area before each power. Following each power indicate the number of Agent signatures required to exercise the power.)

| Indicate A, B, C, D, E, and/or F | Description of Power | Indicate number of signatures required |
|---|---|---|
| A | (1) Exercise all of the powers listed in this resolution. | See Below |
|   | (2) Open any deposit or share account(s) in the name of the Partnership. | 1 |
| B | (3) Endorse checks and orders for the payment of money or otherwise withdraw or transfer funds on deposit with this Financial Institution. | 1 |
|   | (4) Borrow money on behalf and in the name of the Partnership, sign, execute and deliver promissory notes or other evidences of indebtedness. | 1 |
|   | (5) Endorse, assign, transfer, mortgage or pledge bills receivable, warehouse receipts, bills of lading, stocks, bonds, real estate or other property now owned or hereafter owned or acquired by the Partnership as security for sums borrowed, and to discount the same, unconditionally guarantee payment of all bills received, negotiated or discounted and to waive demand, presentment, protest, notice of protest and notice of non-payment. | 1 |
|   | (6) Enter into a written lease for the purpose of renting, maintaining, accessing and terminating a Safe Deposit Box in this Financial Institution. | 1 |
|   | (7) Other _____ |  |

**LIMITATIONS ON POWERS** The following are the Partnership's express limitations on the powers granted under this resolution.

**EFFECT ON PREVIOUS RESOLUTIONS** This resolution supersedes resolution dated  07/20/12 . If not completed, all resolutions remain in effect.

**CERTIFICATION OF AUTHORITY** I further certify that the Partnership has, and at the time of adoption of this resolution had, full power and lawful authority to adopt the resolutions on page 2 and to confer the powers granted above to the person named who have full power and lawful authority to exercise the same.

Signatures: (Type name of each Partner below each signature line.)

X /s/ Christopher W. Whitman         X  
CHRISTOPHER W. WHITMAN

X /s/ Rebecca E. Whitman             X

United States v. Whitman, McCarty & Newell  
1:14-CR-0001-WLS-TQL  
Detention Hearings (Jan. 26-27, 2014)  
U.S. Dept. of Justice, Public Integrity Section  
Trial Attorneys Richard Evans & J.P. Cooney  
**Government Exhibit No.** 301-C(u)         (2)

Expere © 1985, 1997 Bankers Systems, Inc., St. Cloud, MN Form PR-1 4/30/2003