| | |
|---|---|
| Current Date: | January 24, 2014 |
| | |
| Account Number: | 120007661 |
| Capture Date: | July 03, 2013 |
| Item Number: | 349990132673 |
| Posted Date: | July 03, 2013 |
| Posted Item Number: | 131840301315 |
| Amount: | 2,000.00 |
| Record Type: | Debit |

ULOC II, L.P.
3729 GA HIGHWAY 33 S.
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** 3C 2 -CW

RECEIVED FROM

**FLINT COMMUNITY BANK**
2910 Meredyth Dr. ■ Albany, GA 31721

CHECKING WITHDRAWAL

Date   7-3-13

Two Thousand ——— Dollars
440 o

Name

Signature Of Depositor

Address

NOT NEGOTIABLE - TO BE USED ONLY AT COUNTER BY DEPOSITOR

⑆ 5 1 1 3 0 0 6 5 4 ⑆                      60

2 0 00 . 0 0

| DOCUMENT | Drawer: | 105 - | 7/03/13 |
|---|---|---|---|
| | Trans#: | 49 | 15:38:01 |
| | 120007661 | | |
| Check | | | 2000.00 |