|  |  |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007653 |
| Capture Date: | June 07, 2013 |
| Item Number: | 349990107978 |
| Posted Date: | June 07, 2013 |
| Posted Item Number: | 131580701803 |
| Amount: | 25,000.00 |
| Record Type: | Debit |

ZAMEKRI II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** 402-C





|  |  |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007653 |
| Capture Date: | July 03, 2013 |
| Item Number: | 349990132672 |
| Posted Date: | July 03, 2013 |
| Posted Item Number: | 131840301314 |
| Amount: | 4,000.00 |
| Record Type: | Debit |

ZAMEKRI II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. 403**

---

RECEIVED FROM
FLINT COMMUNITY BANK
2910 Meredyth Dr. • Albany, GA 31721

**CHECKING WITHDRAWAL**
CW1P-1

Date: 7-3-13

$ 4000.00

Four Thousand
Zamekri

Signature Of Depositor

Name ___
Address ___

NOT NEGOTIABLE - TO BE USED ONLY AT COUNTER BY DEPOSITOR

⑆511300654⑆                    60

---

```
                      DOCUMENT  Drawer:  105      7/03/13
                                Trans#:  49      15:38:01
                                120007653
                        Check                    4000.00
```

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007653 |
| Capture Date: | August 05, 2013 |
| Item Number: | 349990161579 |
| Posted Date: | August 05, 2013 |
| Posted Item Number: | 132170501681 |
| Amount: | 4,000.00 |
| Record Type: | Debit |

ZAMEKRI II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-YCY

---

**RECEIVED FROM**
**FLINT COMMUNITY BANK**
2910 Meredyth Dr. • Albany, GA 31721

**CHECKING WITHDRAWAL**
CWF-1

Date: 8-5-13        * 120007653

Four Thousand — Dollars        $4000.00

Name: [signature]
Signature Of Depositor
Address:

NOT NEGOTIABLE - TO BE USED ONLY AT COUNTER BY DEPOSITOR

⑇511300654⑇        60

---

```
                              DOCUMENT   Drawer:  105      0/05/13
                                         Trans#:   52     13:26:47
                                 120007653
                         Check                            4000.00
```

|  |  |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007653 |
| Capture Date: | December 06, 2013 |
| Item Number: | 349990282175 |
| Posted Date: | December 06, 2013 |
| Posted Item Number: | 133400602006 |
| Amount: | 6,000.00 |
| Record Type: | Debit |

ZAMEKRI II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-405

---

RECEIVED FROM

FLINT COMMUNITY BANK
2910 Meredyth Dr. • Albany, GA 31721

**CHECKING WITHDRAWAL**
CWF-1

Date: 12-6-13

Six Thousand — Dollars

6000.00

Teller 105
DEC 05 2013
Flint Community Bank
/120007653

Name _____
Signature Of Depositor
Address _____
NOT NEGOTIABLE - TO BE USED ONLY AT COUNTER BY DEPOSITOR

⑆511300654⑆      60

---

```
                    DOCUMENT  Drawer:  105      12/06/13
                              Trans#:  90       15:49:27
                    120007653
                    Check                       6000.00
```