Current Date:           January 24, 2014

Account Number:         120007646
Capture Date:           January 07, 2013
Item Number:            5252356349044
Posted Date:            January 07, 2013
Posted Item Number:     130070702519
Amount:                 5,000.00
Record Type:            Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW·502



CWW & WADE II, L.P.
P.O. BOX 768
ALBANY, GA 31702

                                                            1034
                                                    64-2065-612

                                        DATE January 2, 2013

PAY
TO THE
ORDER OF   Chris Whitman                              $ 5,000.00

Five Thousand and 00/100------------------------------  DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31701   229-903-1400

FOR

⑈0010340⑈ ⑆061220654⑆ 01200076460⑈

Current Date:            January 24, 2014

Account Number:          120007646
Capture Date:            January 22, 2013
Item Number:             5252356362282
Posted Date:             January 22, 2013
Posted Item Number:      130222204093
Amount:                  10,000.00
Record Type:             Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CW~503**





| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | January 28, 2013 |
| Item Number: | 5252356365859 |
| Posted Date: | January 28, 2013 |
| Posted Item Number: | 130282802258 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-504



Current Date:          January 24, 2014

Account Number:        120007646
Capture Date:          January 31, 2013
Item Number:           5252356370813
Posted Date:           January 31, 2013
Posted Item Number:    130313102096
Amount:                10,000.00
Record Type:           Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-505

Current Date:           January 24, 2014

Account Number:         120007646
Capture Date:           February 15, 2013
Item Number:            5252356383510
Posted Date:            February 15, 2013
Posted Item Number:     130461501838
Amount:                 10,000.00
Record Type:            Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW – 506



Current Date:           January 24, 2014

Account Number:         120007646
Capture Date:           February 08, 2013
Item Number:            5252356377599
Posted Date:            February 08, 2013
Posted Item Number:     130390802348
Amount:                 10,000.00
Record Type:            Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** $CW-507$



| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | March 04, 2013 |
| Item Number: | 5252356396391 |
| Posted Date: | March 04, 2013 |
| Posted Item Number: | 130630402962 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** *CW-508*

Current Date:        January 24, 2014

Account Number:      120007646
Capture Date:        March 18, 2013
Item Number:         5252356408966
Posted Date:         March 18, 2013
Posted Item Number:  130771803115
Amount:              10,000.00
Record Type:         Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** *CW - 509*





| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | April 16, 2013 |
| Item Number: | 5252356433855 |
| Posted Date: | April 16, 2013 |
| Posted Item Number: | 131061602099 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW – 510



Current Date:            January 24, 2014

Account Number:          120007646
Capture Date:            April 24, 2013
Item Number:             5252356442282
Posted Date:             April 24, 2013
Posted Item Number:      131142402007
Amount:                  10,000.00
Record Type:             Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW - 511



CWW & WADE II, L.P.
P.O. BOX 788
ALBANY, GA 31702

1082

DATE 4/23/2013    84-2065-612

PAY TO THE ORDER OF Chris Whitman                    $ 10,000.00

Ten thousand & 00/100 ————————— DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707   229-903-1400

Rebecca Whitman

FOR _____

⑈00108⑈ ⑆061220654⑆ 0120007646⑈

Current Date:          January 24, 2014

Account Number:        120007646
Capture Date:          May 22, 2013
Item Number:           5252356466009
Posted Date:           May 22, 2013
Posted Item Number:    131422201797
Amount:                3,000.00
Record Type:           Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** _CW-512_



| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | June 03, 2013 |
| Item Number: | 5252356474116 |
| Posted Date: | June 03, 2013 |
| Posted Item Number: | 131540302797 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** $CW - 513$



Current Date:        January 24, 2014

Account Number:      120007646
Capture Date:        June 03, 2013
Item Number:         5252356474384
Posted Date:         June 03, 2013
Posted Item Number:  131540303064
Amount:              10,000.00
Record Type:         Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** _CW-514_



CWW & WADE II, L.P.
P.O. BOX 766
ALBANY, GA 31702

1089
64-2065-612

DATE  5/31/2013

PAY TO THE ORDER OF  Chris Whitman           $ 10,000.00

One Thousand + 00/100                          DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707   229-883-1400

FOR _____    Rebecca Whitman

⑈001089⑈ ⑈061220654⑈ 0120007646⑈

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | June 03, 2013 |
| Item Number: | 349990102053 |
| Posted Date: | June 03, 2013 |
| Posted Item Number: | 131540301837 |
| Amount: | 120,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-515



Current Date:        January 24, 2014

Account Number:     120007646
Capture Date:         June 06, 2013
Item Number:          349990105870
Posted Date:          June 06, 2013
Posted Item Number:   131570601346
Amount:              25,000.00
Record Type:          Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-516

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | June 07, 2013 |
| Item Number: | 349990107243 |
| Posted Date: | June 07, 2013 |
| Posted Item Number: | 131580701083 |
| Amount: | 11,870.85 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-517



| Current Date: | January 24, 2014 |
|---|---|
| Account Number: | 120007646 |
| Capture Date: | June 07, 2013 |
| Item Number: | 349990107979 |
| Posted Date: | June 07, 2013 |
| Posted Item Number: | 131580701804 |
| Amount: | 25,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** *CW - 518*



Current Date:         January 24, 2014

Account Number:       120007646
Capture Date:         June 10, 2013
Item Number:          349990109713
Posted Date:          June 10, 2013
Posted Item Number:   131611001659
Amount:               50,000.00
Record Type:          Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW - 519



Current Date:         January 24, 2014

Account Number:       120007646
Capture Date:         July 03, 2013
Item Number:          349990132671
Posted Date:          July 03, 2013
Posted Item Number:   131840301313
Amount:               1,000.00
Record Type:          Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-520

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | August 01, 2013 |
| Item Number: | 5252356522689 |
| Posted Date: | August 01, 2013 |
| Posted Item Number: | 132130101569 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-521

1099

CWW & WADE II, L.P.
P.O. BOX 768
ALBANY, GA 31702

64-2065-612

DATE 7/30/2013

PAY TO THE ORDER OF Chris Whitman                    $ 10,000.00

Ten thousand & 00/100                              DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707   229-903-1400

FOR _____          Rebecca Whitman

⑈001099⑈ ⑆061220654⑆ 0⑈20007646⑈

Current Date:          January 24, 2014

Account Number:        120007646
Capture Date:          August 01, 2013
Item Number:           5252356523143
Posted Date:           August 01, 2013
Posted Item Number:    132130102022
Amount:                10,000.00
Record Type:           Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-522

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | August 05, 2013 |
| Item Number: | 349990161578 |
| Posted Date: | August 05, 2013 |
| Posted Item Number: | 132170501680 |
| Amount: | 16,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CW-523**



| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | September 30, 2013 |
| Item Number: | 5252356570285 |
| Posted Date: | September 30, 2013 |
| Posted Item Number: | 132733002637 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-524

---

1102

**CWW & WADE II, L.P.**
P.O. BOX 768
ALBANY, GA 31702

DATE 9/27/2013          64-2065-612

PAY TO THE ORDER OF _Chris Whitman_          $ 10,000.00

_Ten thousand + 00/100_                                    DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707   228-903-1403

FOR _____          _Rebecca Whitman_

⑴⑩00ı10 2ı⑩   ı:06ı2 20654ı:   0ı2000 7646ı⑩

---

ENDORSE HERE

_Chris Whitman_
259.00
857

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE *

| | |
|---|---|
| Current Date: | January 24, 2014 |
| | |
| Account Number: | 120007646 |
| Capture Date: | September 30, 2013 |
| Item Number: | 5252356570989 |
| Posted Date: | September 30, 2013 |
| Posted Item Number: | 132733003339 |
| Amount: | 10,000.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-525

---

**CWW & WADE II, L.P.**
P.O. BOX 766
ALBANY, GA 31702

1103
64-2065-612

DATE 9/27/2013

PAY TO THE ORDER OF Chris Whitman                     $ 10,000.00

Ten thousand & 00/100                                 DOLLARS

**FLINT COMMUNITY BANK**
Albany, GA 31707   229-903-1400

FOR _____

Rebecca Whitman

⑈001103⑈ ⑆061220654⑆ 0120007646⑈

---

ISN# 3422655135
Date 9/27/2013

130927 3422655135

Chris Whitman

| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | December 02, 2013 |
| Item Number: | 349990275820 |
| Posted Date: | December 02, 2013 |
| Posted Item Number: | 133360201765 |
| Amount: | 6,950.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CW-526**



| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | December 02, 2013 |
| Item Number: | 349990275728 |
| Posted Date: | December 02, 2013 |
| Posted Item Number: | 133360201674 |
| Amount: | 100.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CU-527**





| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | December 03, 2013 |
| Item Number: | 349990277092 |
| Posted Date: | December 03, 2013 |
| Posted Item Number: | 133370300812 |
| Amount: | 850.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-528



Current Date:        January 24, 2014

Account Number:      120007646
Capture Date:        December 06, 2013
Item Number:         349990282174
Posted Date:         December 06, 2013
Posted Item Number:  133400602005
Amount:              34,000.00
Record Type:         Debit

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** *CW -529*