**Summary Exhibit: All Out Diversified Services Bills to CWW & Wade and Zamekri**
**(Govt. Exh. CW-600)**

| Exhibit | Date | Amount |
|---|---|---|
| CW-601 | March 14, 2013 | $12,500 |
| CW-602 | April 16, 2013 | $12,500 |
| CW-603 | May 15, 2013 | $12,500 |
| CW-604 | July 17, 2013 | $12,500 |
| CW-605 | August 14, 2013 | $12,500 |
| CW-606 | September 13, 2013 | $12,500 |
| CW-607 | November 18, 2013 | $12,500 |
| CW-608 | December 11, 2013 | $21,875 |
| CW-609 | January 16, 2014 | $12,500 |
| | **TOTAL** | **$121,875** |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-600