

PO BOX 528
ALBANY, GA 31705

# SERVICE INVOICE

DATE: 3/14/2013

**BILL TO:**
CWW & Wade, II, LP and Zamekri, II, LP
c/o RBG
1203 WHISPERING PINES RD
ALBANY, GA 31707

| DESCRIPTION | QTY | COST |
|---|---|---|
| MONTHLY SERVICE FEE: $100 each<br>INSPECTION OF ALL PROPERTIES | 125 | $ 12,500.00 |
| | 125 | $ 12,500.00 |

THANK YOU FOR YOUR BUSINESS

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
Government Exhibit No. CJ-601

**All Out Diversified Services**
PO BOX 528
ALBANY, GA 31705

**SERVICE INVOICE**
DATE:   4/16/2013

*[Handwritten: No WO #]*
*[Handwritten: Pay from RE & charge to Zamekri / Put in T-Pro]*

**BILL TO:**
CWW & Wade, II, LP and Zamekri,II, LP
c/o RBG
1203 WHISPERING PINES RD
ALBANY, GA 31707

| DESCRIPTION | QTY | COST |
|---|---|---|
| MONTHLY SERVICE FEE: $100 each<br>INSPECTION OF ALL PROPERTIES | 125 | $ 12,500.00 |
| | 125 | $ 12,500.00 |

THANK YOU FOR YOUR BUSINESS

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-602

# SERVICE INVOICE

PO BOX 528
ALBANY, GA 31705

DATE: 5/15/2013

*Pay from RE / No WO #*

**BILL TO:**
CWW & Wade, II, LP and Zamekri, II, LP
c/o RBG
1203 WHISPERING PINES RD
ALBANY, GA 31707

| DESCRIPTION | QTY | COST |
|---|---|---|
| MONTHLY SERVICE FEE: $100 each<br>INSPECTION OF ALL PROPERTIES | 125 | $ 12,500.00 |
| | 125 | $ 12,500.00 |

THANK YOU FOR YOUR BUSINESS

United States v. Whitman, McCarty & Newell
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
Government Exhibit No. CU-603

# Invoice

ALL OUT DIVERSIFIED SERVICES LLC

PO BOX 528
ALBANY, GA 31705

| Date | Invoice # |
|---|---|
| 7/17/2013 | 24 |

**Bill To**
CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*Handwritten: No Wo# / Pay from RE*

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 125 | Monthly Service Fee for Inspection of all Properties | 100.00 | 12,500.00 |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
Government Exhibit No. CU-604

Thank you for your business.

**Total**  $12,500.00

# Invoice

**ALL OUT DIVERSIFIED SERVICES LLC**

PO BOX 528
ALBANY, GA 31701

| Date | Invoice # |
|---|---|
| 8/14/2013 | 32 |

**Bill To**
CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*Pay from RE no work* (handwritten, circled)

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 125 | Monthly Service Fee for Inspection of all Properties | 100.00 | 12,500.00 |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CU-605

| | Total | $12,500.00 |
|---|---|---|

# Invoice

**ALL OUT DIVERSIFIED SERVICES LLC**
PO BOX 528
ALBANY, GA 31701

| Date | Invoice # |
|---|---|
| 9/13/2013 | 39 |

**Bill To**
CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*[Handwritten annotation, circled: "Pay from RE / No WO #"]*

| P.O. No. | Terms | Project |
|---|---|---|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 125 | Monthly Service Fee for Inspection of all Properties | 100.00 | 12,500.00 |

**Total** $12,500.00

Thank you for your business.

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CW-606**

# Invoice

**ALL OUT DIVERSIFIED SERVICES LLC**
PO BOX 528
ALBANY, GA 31702

| Date | Invoice # |
|---|---|
| 11/18/2013 | 47 |

**Bill To**
CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*[Handwritten: No w/o # Pay from RE]*

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 125 | Monthly Service Fee for Inspection of all Properties | 100.00 | 12,500.00 |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-607

Thank you for your business.

**Total** $12,500.00

# Invoice

**ALL OUT DIVERSIFIED SERVICES LLC**

PO BOX 528
ALBANY, GA 31702

| Date | Invoice # |
|---|---|
| 12/11/2013 | 49 |

**Bill To**
CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*[Handwritten circled note: Pay from RE / No W/O #]*

| P.O. No. | Terms | Project |
|---|---|---|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 125 | Monthly Service Fee for Inspection of all Properties | 100.00 | 12,500.00 |
| 125 | check ducts, pipes, vents, etc... | 75.00 | 9,375.00 |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-608

All work is complete!

**Total** $21,875.00

# Invoice

**ALL OUT DIVERSIFIED SERVICES LLC**

PO BOX 528
ALBANY, GA 31702

| Date | Invoice # |
|---|---|
| 1/16/2014 | 52 |

**Bill To**

CWW & Wade II, LP and Zamekr II, LP
PO Box 528
Albany, GA 31705

*Pay from R.E.*
*No W०#*

| Description | Amount |
|---|---|
| Monthly Service Fee for Inspection of all Properties | 12,500.00 |

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-609

| | Total | $12,500.00 |
|---|---|---|