| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | June 26, 2013 |
| Item Number: | 5252356495188 |
| Posted Date: | June 26, 2013 |
| Posted Item Number: | 131772601855 |
| Amount: | 12,500.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
Government Exhibit No. CU-670

---

1091

CWW & WADE II, L.P.
P.O. BOX 768
ALBANY, GA 31702

DATE 6/25/2013       64-2065-612

PAY TO THE ORDER OF  All Out Diversified Services, LLC       $ 12,500.00

Twelve thousand five hundred +00/100        DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707   229-903-1400

Rebecca Whitman

FOR _____

⑈0001091⑈ ⑆061220654⑆ 0120007646⑈

---

ALL OUT DIVERSIFIED
SERVICE LLC
SUNTRUST BANK
1000154331937