| | |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | June 26, 2013 |
| Item Number: | 5252356495187 |
| Posted Date: | June 26, 2013 |
| Posted Item Number: | 131772601854 |
| Amount: | 18,750.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No. CW-611**

