|  |  |
|---|---|
| Current Date: | January 24, 2014 |
| Account Number: | 120007646 |
| Capture Date: | October 31, 2013 |
| Item Number: | 5252356596675 |
| Posted Date: | October 31, 2013 |
| Posted Item Number: | 133043101813 |
| Amount: | 23,125.00 |
| Record Type: | Debit |

CWW & WADE II, L.P.
3729 GA HIGHWAY 33 S
SYLVESTER GA 31791

*United States v. Whitman, McCarty & Newell*
1:14-CR-0001-WLS-TQL
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-612

---

1106

CWW & WADE II, L.P.
P.O. BOX 768
ALBANY, GA 31702

DATE 10/30/2013    64-2065-612

PAY TO THE ORDER OF  All Out Diversified Services, LLC    $ 23,125.00

Twenty-three thousand one hundred twenty-five + 00/100 ———— DOLLARS

FLINT COMMUNITY BANK
Albany, GA 31707  229-903-1400

FOR Inv. # 45

Rebecca Whitman

⑆001106⑆ ⑈061220654⑈ 0120007646⑆

---

ISN# 3422655011
Date 10/30/2013

131030 3422655011

ALL OUT DIVERSIFIED
SERVICE LLC
SUNTRUST BANK
1000184391937