```
04/24/2013              LEE CO                          PAGE      1
10:43:31                CAD Incident Detail             USER JHARR


CAD Incident: 2012-00003074       ESN  : 0086        L    F    E    R
Phone    : 229 809-3212           Law  : LEE CO SO
Name     : ANON.                  Fire : LEE FD 02
Address  : 1500 HIGHWAY 19 S      EMS  : EMS STA 2
Community: LEESBURG               Rescue:
Jurisdctn:
Intersect: FORRESTER PKWY         Disp : TO
SubDivisn:                        Source: CEL
Caller Address:  SHELL STATION HWY19S
.................................................................
CAD Call Times: INTOXICATED PERSON
.................................................................
Incoming Call: 01/30/2012 22:03:00
Call Created : 01/30/2012 22:03:02   Created By: YWEST   Pos:003 TERM 3
Call Send Time    :        22:03:55  Sent By   : YWEST   Action:
Call Dispatch Time:        22:04:21  Event : INTOX   2   Language:
Call Enroute Time :        22:05:27  Law   :          1PA   T
Call Arrival Time :        22:05:27  Fire  :
Call Clear Time   :        22:23:41  EMS   :
Call Closed   :01/30/2012 22:23:41   Rescue:
.................................................................
Original Dispatch Remarks:
  BLACK FORD RANGER
  - ADVISED SUBJECT IS POSSIBLY DUI
.................................................................
                        Vehicle Information
.................................................................
UNIT    DEPT STATUS/DSP/CASE   LOCATION/REMARK      USER  DATE   TIME
.................................................................
L16     L01 DSP                             YWEST 01/30 22:04:21
L16     L01 1023                            YWEST 01/30 22:05:27
L16     L01 10-8                            YWEST 01/30 22:08:41
L16     L01 1023        OUT W/ GSP          YWEST 01/30 22:10:22
L16     L01 10-8        STAT10 GSP 281      YWEST 01/30 22:23:41
```

*United States v. Whitman, McCarty & Newell*
**1:14-CR-0001-WLS-TQL**
Detention Hearings (Jan. 26-27, 2014)
U.S. Dept. of Justice, Public Integrity Section
Trial Attorneys Richard Evans & J.P. Cooney
**Government Exhibit No.** CW-902A