IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO.: 1:14cr0001-WLS |
| v. : | |
| : | |
| CHRISTOPHER WHITMAN, : | |
| : | |
| Defendant. : | |
| : | |

**FORFEITURE VERDICT**

WE THE JURY UNANIMOUSLY FIND AS FOLLOWS BY A PREPONDERANCE OF THE EVIDENCE:

*(Select one only and mark with an "X")*

_____ 1.   All of the property listed below constitutes or is derived from proceeds traceable to the offenses of conviction; or

_____ 2.   None of the property listed below constitutes or is derived from proceeds traceable to the offenses of conviction; or

_____ 3.   The following individual properties constitute or are derived from proceeds traceable to the offenses of conviction:

*(If #3 is selected, mark each property which constitutes or is derived from proceeds traceable to the offenses of conviction with an "X" on the line or in the box provided)*

    **A.**    **Rental Income**

_____ 1.   All rental income from the properties *identified in italics below* which are owned and/or controlled by Defendant through the entities known as CWW&Wade II LP and Zamekri

II LP, in an exact amount to be determined, collected by the United States Marshals Service since in or about May 2014.

B. **Real Property (Those also generating rental income are in *italics*)**

| Item "X" | Address | City/County/State | Purchase Date |
|---|---|---|---|
| a. | 1145 East Broad Avenue | Albany, Dougherty Co., GA | Unknown |
| b. | 3729 Georgia HWY 33 South | Sylvester, Worth Co., GA | Unknown |
| c. | 605 Smoak Bridge Circle | Warwick, Worth Co., GA | October 21, 2005 |
| d. | Land Lot 83, Seventh Land District, being all of lot 1A, containing 13.122 acres, and all of lot 1B, containing 36.801 acres, for a total of 49.923 acres | Worth Co., GA | February 9, 2009 |
| e. | Parcel 26, Land Lot 82, Seventh Land District | Worth Co., GA | February 9, 2009 |
| f. | Parcel 28, Land Lot 82, Seventh Land District | Worth Co., GA | February 9, 2009 |
| g. | Tract 1C, Land Lot 83, Seventh Land District | Worth Co., GA | February 9, 2009 |
| h. | *1614 Whisperwood Street* | *Albany, Dougherty Co., GA* | *March 4, 2009* |
| i. | *2401 Hilltop Drive* | *Albany, Dougherty Co., GA* | *April 9, 2009* |
| j. | *161 Lynwood Lane* | *Leesburg, Lee Co., GA* | *April 29, 2009* |
| k. | *308 Warren Street* | *Sylvester, Worth Co., GA* | *May 28, 2009* |
| l. | *807 Cardinal Grove Court* | *Albany, Dougherty Co., GA* | *July 2, 2009* |
| m. | *2541 Bascom Drive* | *Albany, Dougherty Co., GA* | *September 17, 2009* |
| n. | 167 Union Lane | Doerun, Worth Co., GA | September 30, 2009 |
| o. | *1927 Stuart Avenue* | *Albany, Dougherty Co., GA* | *October 27, 2009* |
| p. | *1814 Doncaster Drive* | *Albany, Dougherty Co., GA* | *November 3, 2009* |
| q. | 150 Goodroe Road | Sylvester, Worth Co., GA | December 18, 2009 |
| r. | *1447 US HWY 19 South, Unit 23* | *Leesburg, Lee Co., GA* | *March 19, 2010* |
| s. | *108/110 Houston Street* | *Sylvester, Worth Co., GA* | *May 10, 2010* |
| t. | *1814 Evergreen Road* | *Sylvester, Worth Co., GA* | *May 28, 2010* |

| Item "X" | Address | City/County/State | Purchase Date |
|---|---|---|---|
| u. | *1610 Whisperwood Street* | *Albany, Dougherty Co., GA* | *July 1, 2010* |
| v. | *3106 Fernridge Drive* | *Albany, Dougherty Co., GA* | *July 15, 2010* |
| w. | *3104 Fernridge Drive* | *Albany, Dougherty Co., GA* | *July 30, 2010* |
| x. | *2420 Bassford Lane* | *Albany, Dougherty Co., GA* | *August 25, 2010* |
| y. | *211 St. Clair Drive* | *Leesburg, Lee Co., GA* | *August 30, 2010* |
| z. | Tract in Land Lot 231, Fourteenth Land District, containing 102.47 acres | Worth Co., GA | October 15, 2010 |
| aa. | Tract in Land Lot 230, Fourteenth Land District, containing 47.73 acres | Worth Co., GA | October 15, 2010 |
| bb. | *126 Donna Drive* | *Sylvester, Worth Co., GA* | *November 2, 2010* |
| cc. | *1912 Elkhorn Lane* | *Albany, Dougherty Co., GA* | *November 5, 2010* |
| dd. | *1914 Elkhorn Lane* | *Albany, Dougherty Co., GA* | *November 5, 2010* |
| ee. | *1915 Elkhorn Lane* | *Albany, Dougherty Co., GA* | *November 5, 2010* |
| ff. | *1919 Elkhorn Lane* | *Albany, Dougherty Co., GA* | *November 19, 2010* |
| gg. | *101/103 National Court* | *Albany, Dougherty Co., GA* | *December 1, 2010* |
| hh. | *304 East Street* | *Sylvester, Worth Co., GA* | *December 7, 2010* |
| ii. | 7505 Thompson Drive, EN SOLEIL Condominium, Unit 213C | Panama City Beach, Bay Co., FL | December 17, 2010 |
| jj. | *3930 Rodnor Forest Lane* | *Albany, Dougherty Co., GA* | *December 22, 2010* |
| kk. | *105 Embleton Court* | *Albany, Dougherty Co., GA* | *December 30, 2010* |
| ll. | *136/138 Westcott Lane* | *Albany, Dougherty Co., GA* | *December 30, 2010* |
| mm. | *3613/3615 Mayfair Lane* | *Albany, Dougherty Co., GA* | *January 13, 2011* |
| nn. | *1907 Buck Lane* | *Albany, Dougherty Co., GA* | *January 18, 2011* |
| oo. | *156 Pelham Drive* | *Leesburg, Lee Co., GA* | *January 20, 2011* |
| pp. | *169 Pelham Drive* | *Leesburg, Lee Co., GA* | *January 20, 2011* |

50

| Item "X" | Address | City/County/State | Purchase Date |
|---|---|---|---|
| qq. | 1447 US HWY 19 South, Unit 7 | Leesburg, Lee Co., GA | January 28, 2011 |
| rr. | 1910 Elkhorn Lane | Albany, Dougherty Co., GA | February 4, 2011 |
| ss. | 100/101 Constitution Court | Albany, Dougherty Co., GA | February 11, 2011 |
| tt. | 106 Augusta Court | Leesburg, Lee Co., GA | February 18, 2011 |
| uu. | 113 Augusta Court | Leesburg, Lee Co., GA | February 18, 2011 |
| vv. | 1917 Elkhorn Lane | Albany, Dougherty Co., GA | February 25, 2011 |
| ww. | 1447 US HWY 19 South. Unit 26 | Leesburg, Lee Co., GA | March 3, 2011 |
| xx. | 2503 Brierwood Drive | Albany, Dougherty Co., GA | March 15, 2011 |
| yy. | 3434 Bellingham Lane | Albany, Dougherty Co., GA | March 23, 2011 |
| zz. | 3424 Bellingham Lane | Albany, Dougherty Co., GA | March 23, 2011 |
| aaa. | 3609 Club Drive | Albany, Dougherty Co., GA | March 23, 2011 |
| bbb. | 139 Twelve Oaks Court | Leesburg, Lee Co., GA | March 23, 2011 |
| ccc. | 2509 Brookhaven Court | Albany, Dougherty Co., GA | April 8, 2011 |
| ddd. | 2518 Brookhaven Court | Albany, Dougherty Co., GA | April 8, 2011 |
| eee. | 3416 Bellingham Lane | Albany, Dougherty Co., GA | April 8, 2011 |
| fff. | 131 Twelve Oaks Court | Leesburg, Lee Co., GA | April 8, 2011 |
| ggg. | 237 Glendale Road | Leesburg, Lee Co., GA | April 8, 2011 |
| hhh. | 123 Twelve Oaks Court | Leesburg, Lee Co., GA | April 8, 2011 |
| iii. | 181 Wood Drive | Leesburg, Lee Co., GA | April 8, 2011 |
| jjj. | 126 Twelve Oaks Court | Leesburg, Lee Co., GA | April 14, 2011 |
| kkk. | 117 Twelve Oaks Court | Leesburg, Lee Co., GA | April 14, 2011 |
| lll. | 113 Twelve Oaks Court | Leesburg, Lee Co., GA | April 14, 2011 |
| mmm. | 116 Twelve Oaks Court | Leesburg, Lee Co., GA | April 14, 2011 |
| nnn. | 1609 Whisperwood Street Court | Albany, Dougherty Co., GA | May 13, 2011 |
| ooo. | 1907 Schley Avenue | Albany, Dougherty Co., GA | May 27, 2011 |
| ppp. | 2421 Bassford Lane | Albany, Dougherty Co., GA | June 6, 2011 |
| qqq. | 2510 Burnwyck Court | Albany, Dougherty Co., GA | June 17, 2011 |
| rrr. | 2535 Bascom Drive | Albany, Dougherty Co., | June 17, 2011 |

| Item "X" | Address | City/County/State | Purchase Date |
|---|---|---|---|
| | | GA | |
| sss. | Lot 1 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| ttt. | Lot 3 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| uuu. | Lot 5 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| vvv. | Lot 6 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| www. | Lot 7 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| xxx. | Lot 8 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| yyy. | Lot 10 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| zzz. | Lot 11 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| aaaa. | Lot 13 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| bbbb. | Lot 14 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| cccc. | Lot 15 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| dddd. | Lot 17 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| eeee. | Lot 19 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| ffff. | Lot 21 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| gggg. | Lot 22 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| hhhh. | Lot 23 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| iiii. | Lot 25 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| jjjj. | Lot 26 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| kkkk. | Lot 28 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| llll. | Lot 30 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| mmmm. | Lot 32 of Twelve Oaks Court | Leesburg, Lee Co., GA | June 28, 2011 |
| nnnn. | *115 Marlow Lane* | *Leesburg, Lee Co., GA* | *July 28, 2011* |
| oooo. | *108 Aubry Court* | *Leesburg, Lee Co., GA* | *September 16, 2011* |

| Item "X" | Address | City/County/State | Purchase Date |
|---|---|---|---|
| pppp. | *121 Lee Drive* | *Leesburg, Lee Co., GA* | *October 24, 2011* |
| qqqq. | *2816 Reeves Lane* | *Albany, Dougherty Co., GA* | *November 10, 2011* |
| rrrr. | *102 Clinton Court* | *Leesburg, Lee Co., GA* | *December 5, 2011* |
| ssss. | *306 Hillside Drive* | *Sylvester, Worth Co., GA* | *January 5, 2012* |
| tttt. | *819 9th Avenue* | *Albany, Dougherty Co., GA* | *January 11, 2012* |
| uuuu. | *1449 US HWY 19 South Unit 20* | *Leesburg, Lee Co., GA* | *February 16, 2012* |
| vvvv. | 2353 Georgia HWY 33 North | Sylvester, Worth Co., GA | February 17, 2012 |
| wwww. | *2116 Ledo Road* | *Albany, Dougherty Co., GA* | *March 7, 2012* |
| xxxx. | *1449 US HWY 19 South Unit 22* | *Leesburg, Lee Co., GA* | *March 9, 2012* |
| yyyy. | *1449 US HWY 19 South Unit 23* | *Leesburg, Lee Co., GA* | *April 5, 2012* |
| zzzz. | 104 Dewberry Drive, as more particularly described in the Government's Notice of Bill of Particulars for Forfeiture of Property (March 10, 2014, Dkt. No. 60) | Sylvester, Worth Co., GA | November 15, 2012 |
| aaaaa. | Lot 103, Northlake Estates Subdivision, within Land Lot 424 of the Seventh Land District, containing 3.17 acres, and all of lot 1B, containing 36.801 acres, for a total of 49.923 acres | Worth Co., GA | November 15, 2012 |

C. **Vehicles and Boats**

| Item "X" | Description | Identifying Information |
|---|---|---|
| a. | 2008 Chevrolet Tahoe C1500 | VIN: 1GNFC13028R234867 |
| b. | 2003 Fontaine 353WDMR Trailer | VIN: 13N34820733518330 |
| c. | 2000 Fontaine Storage Trailer | VIN: 13N1532C7Y5991190 |
| d. | 2000 Fontaine Storage Trailer | VIN: 13N1532C2Y5991193 |

| Item "X" | Description | Identifying Information |
|---|---|---|
| e. | 2008 Tennessee Boat Trailer | VIN: 1TPSB262181081963 |
| f. | 2008 Chaparral Boat | BHN: FGBZ3094J708 |
| g. | 2009 Harley Davidson Motor Cycle | VIN: 1HD1PX81X9K975921 |
| h. | 2000 International 9200 Truck | VIN: 3HSCEAMR5YN057740 |
| i. | 2007 Chevrolet Silverado C150 Truck | VIN: 2GCEC13V071176443 |
| j. | 2010 GMC Sierra K1500 | VIN: 3GTRKVE39AG178830 |
| k. | 2006 GMC Sierra 150 | VIN: 2GTEK13T061139070 |
| l. | 2009 Land Rover | VIN: SALSF25429A213580 |
| m. | 2011 Ford Econoline Van | VIN: 1FTNE2EL3BDB40366 |
| n. | 2013 Ford F-150 Pick-Up Truck | VIN: 1FTFW1EF3DFA09967 |

    **D.**    **Other Assets and Interests**

\_\_\_\_\_ 1.    All right, title, and interest, and all payments, principal, interest, and other, in the mortgage held for the parcel of real property and all improvements known as 1728 Lynwood Lane Albany, Dougherty County, Georgia, purchased on April 1, 2009 and sold on May 22, 2009.

\_\_\_\_\_ 2.    Collector coins bearing various dates between 1878 and 2010 with an approximate estimated value of $302,144, seized by NCIS on June 11, 2012, at ULOC, 1145 East Broad Avenue, Albany, Georgia.

_____ 3.    Approximately two hundred sixteen (216) gold bullion bars and coins of various denominations including, but not limited to, one hundred fifty one (151) American Gold Eagles, ten (10) Australian Kangaroos, forty (40) Gold Indian Head Buffaloes, ten (10) Gold Bullion Bars, and five (5) Maple Leaf coins, purchased between August 4, 2011, and April 10, 2012, and having an estimated cost basis of $404,104.56.

 

                                                  _____
                                                  FOREPERSON OF THE JURY

Dated:_____