

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION
AT ALBANY, GEORGIA

## MINUTE SHEET OF COURT PROCEEDING *[CONTESTED]*

| | |
|---|---|
| Date:  MARCH 2, 2015 | Hearing Type:  JURY TRIAL - **DAY  24** |
| Judge:  W. LOUIS SANDS | Court Reporter: Sally Gray |
| Courtroom Deputy:   Joan B. King | |

### Case Number:   1:14cr1  (WLS)

| | |
|---|---|
| U.S.A. | Counsel:  Richard Evans / J. P. Cooney / Alan Dasher |
| v. | |
| **CHRISTOPHER WHITMAN (001)** | Counsel:  Edward Garland / Matthew Daley / Robert Margeson III |
| **SHAWN MCCARTY (002)** | Counsel:  Wilbur Gamble III |
| **BRADFORD NEWELL (003)** | Counsel:  Charles Peeler |

Agents/Experts in Attendance:   Staff Attorney CJS

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

*IN COURT Time:  8 hrs 42 mins.*

| | |
|---|---|
| 8:30 | Jury returns to continue deliberations. |
| 9:30 | Counsel notify CRD they are available. |
| 5:00 | Counsel return. |
| | Alternates return. |
| 5:05 | Resume. |
| | Jury returns. |
| | Jury excused to return on 3/3/2015 @ 8:30 a.m. |
| | Counsel instructed to report to CRD *via telephone* on 3/3/2015 @ 9:30 a.m. |
| | *Bench Conference.* |
| 5:12 | Court adjourned. |