IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff | : | CRIMINAL NO.: |
| v. | : | 1:14-CR-01(WLS) |
| CHRISTOPHER WHITMAN, | : | |
| Defendant | : | |

## MOTION TO WITHDRAW

COMES NOW, Leigh Ann Flynn, Attorney for Sandra Whitman-Burton, and files this Motion pursuant to Local Rule 83.1.4 of the Middle District of Georgia, and shows this Court the following:

1. Sandra Whitman-Burton has informed Attorney Leigh Ann Flynn of her desire to retain new counsel and Leigh Ann Flynn is asking permission to withdraw from the further representation of Sandra Whitman-Burton in the above styled mater.

2. Attorney Leigh Ann Flynn has discussed this matter with client and both Attorney Leigh Ann Flynn and Ms. Sandra Whitman-Burton consent to Ms. Whitman Burton obtaining new counsel.

3. Attorney Leigh Ann Flynn has notified the client as follows:

    a. In compliance with the client's wishes, the attorney consents to withdrawing;
    b. the Court retains its jurisdiction of this action;
    c. the client has the burden of keeping the Court informed, respecting where notices, pleadings or other papers may be served
    d. the client has the obligation to prepare for the hearing/trial or hire other counsel to prepare for the hearing/trial;
    e. .If the client fails or refuses to meet the above burdens, the client may suffer adverse consequences including judgment being entered against;
    f. there is a hearing scheduled for April 20, 2016; however, Attorney has been informed client has already spoken with several attorneys she would like to hire in this matter, and the withdrawal of counsel should not adversely affect such proceeding;
    g. service of notices may be made upon the client at the last known address of Ms. Sandra Whitman-Burton, i.e., 155 Union Lane, Doerun, Georgia 31744.

WHEREFORE, based on the foregoing, Movant requests that the Court allow her to withdraw as Attorney of Record for Sandra Whitman-Burton.

Respectfully submitted this 10th day of March, 2016.

    Respectfully submitted,

    MARGESON, FLYNN & ASSOCIATES, P.C.

    BY:   /s/ Leigh Ann Flynn
           Leigh Ann Flynn
           Georgia State Bar No.: 470497
           Post Office Box 768
           Albany, Georgia 31702
           (229) 883-5350 – Telephone
           laflynn@margesonlaw.com
           Attorney for Sandra Whitman-Burton

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the following individuals with a copy of the Attorney Leigh Ann Flynn's Motion to Withdraw as Counsel for Sandra Whitman-Burton by depositing same in the United States Mail with sufficient postage affixed thereon to assure delivery addressed as follows:

> Mr. Danial Edward Bennett
> United States Attorney's Office
> P.O. Box 1702
> Macon, Georgia 31202-1702
>
> Mr. Darrin L. McCullough
> U.S. Department of Justice
> 950 Pennsylvania Avenue
> Washington, D.C. 20530-0001
>
> Ms. Sandra Whitman-Burton
> 155 Union Lane
> Doerun, Georgia 31744

This 10th day of March, 2016.

> MARGESON, FLYNN & ASSOCIATES, P.C.
>
> /s/ Leigh Ann Flynn
> Leigh Ann Flynn
> GA Bar No.: 470497