# MARGESON, FLYNN & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
317 TIFT AVENUE
P. O. BOX 768
ALBANY, GEORGIA 31702
Telephone (229) 883-5350
Facsimile (229) 883-5391

ROBERT M. MARGESON, III
LEIGH ANN FLYNN*
* Also admitted in Alabama

E-Mail:
r_marge@bellsouth.net
l_flynn@bellsouth.net

February 24, 2016

*Via Certified Mail Return Receipt Requested*
Ms. Sandra Whitman
155 Union Lane
Doerun, Georgia   31744

RE:   **Documentation on Union Lane Closing with Christopher Whitman and Acceptance of Termination of Counsel of Record as well as Notice of Withdrawal as Counsel of Record**

Dear Ms. Whitman:

Per your request, enclosed herewith please find the pertinent documentation regarding the past purchase by Chris Whitman of the surrounding acreage to 155 Union Lane, Doerun, Georgia.

Also, it is my understanding after our telephone conversation today, you wish to obtain another lawyer to pursue this claim on your behalf.   Please consider this formal notice that I will file a Motion to Withdraw in Federal Court fourteen (14) days from the date of this letter.   I wish for you the very best in your case, and I hope you are able to obtain your one acre at little to no cost. Please let me know if you need anything further at this time.

Sincerely,

Leigh Ann Flynn

LF/km
Enclosures

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ms. Sandra Whitman
   155 Union Lane
   Doerun, Georgia 31744

   9590 9403 0246 5155 1095 37

2. Article Number (Transfer from service label)

   7015 3010 0000 9655 9955

PS Form 3811, April 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature]                          ☐ Agent
                                           ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   Cecil Benton                   3/1/16

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery
       (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# MARGESON, FLYNN & ASSOCIATES, P.C.
### ATTORNEYS AT LAW
317 TIFT AVENUE
P. O. BOX 768
ALBANY, GEORGIA 31702
Telephone (229) 883-5350
Facsimile (229) 883-5391

**ROBERT M. MARGESON, III**
**LEIGH ANN FLYNN\***
**\* Also admitted in Alabama**

E-Mail:
robert@margesonlaw.com
laflynn@margesonlaw.com

March 7, 2016

Ms. Sandra Whitman Burton
155 Union Lane
Doerun, Georgia   31744

**RE:   Follow Up to Original Letter of February 24, 2016**

Dear Ms. Whitman-Burton:

This letter is to further inform you in compliance with the local rule I must advise you as follows:

a. I consent to withdrawing as the attorney in your case;
b. the Court retains its jurisdiction of this action;
c. you have the burden of keeping the Court informed, respecting where notices, pleadings or other papers may be served
d. you have the obligation to prepare for the hearing/trial or hire other counsel to prepare for the hearing/trial;
e. If you fail or refuse to meet the above burdens, you may suffer adverse consequences including judgment being entered against;
f. there is a hearing scheduled for April 20, 2016; however, you informed me you have discussed case with several attorneys and you plan to hire one of those in this matter, and my consent to withdrawing should not adversely affect such proceeding;
g. all service of notices may be made upon the client at the last known address of Ms. Sandra Whitman-Burton, i.e., 155 Union Lane, Doerun, Georgia 31744.

As required by the local rule, I had to advise you specifically of the above.   I wish you the best of luck in your case.

Sincerely,

Leigh Ann Flynn

LF/km