IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | |
| | : | CASE NO.: 1:14-CR-1-1 (WLS) |
| CHRISTOPHER WHITMAN, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ORDER**

Before the Court is Defendant Christopher Whitman's Motion for Leave to Withdraw from Representation (Doc. 434), filed by counsel Edward T.M. Garland, on behalf of himself and co-counsel Matthew D. Daley, John A. Garland, Donald F. Samuel, Leigh Ann Flynn, and Robert Margeson.

On March 3, 2015, Whitman was found guilty on a number of counts related to his defrauding of the United States. (Doc. 174.) Whitman thereafter appealed his conviction, which was affirmed by the Eleventh Circuit Court of Appeals on April 24, 2018. (Doc. 433.) For several months prior to the affirmance, Whitman attempted to file documents with the Court pro se, despite the fact that he remained represented by counsel. He has repeatedly sought to remove counsel from this case. *See Whitman v. Sanders*, 1:18-CV-56-WLS (M.D. Ga.).

On March 6, 2018, Whitman's counsel filed an Emergency Motion for Leave to Withdraw from Representation, to Stay Further Proceedings in this Appeal, and to Continue Oral Argument Scheduled for Wednesday, March 7, 2018 with the Eleventh Circuit. *Whitman*, No. 15-14846. The Court of Appeals summarily denied the motion later that day.

On April 27, 2018, following the Eleventh Circuit's affirmance, the panel granted counsel's motion to discharge counsel. Counsel now moves to withdraw from this Court as well. For good cause shown, the motion is **GRANTED**. The Court urges Whitman to immediately retain alternative counsel or to file a CJA 23 affidavit to apply for appointed coun-

sel in the event he wishes to pursue further action on his appeal. Any request regarding a time extension in relation thereto should be directed to the Eleventh Circuit.

    **SO ORDERED**, this 24th day of May 2018.

                                        /s/ W. Louis Sands
                                        **W. LOUIS SANDS, SR. JUDGE**
                                        **UNITED STATES DISTRICT COURT**