IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 1:14-CR-01 (WLS)** |
| v. : | |
| : | |
| **CHRISTOPHER WHITMAN** : | |
| : | |
| : | |

### SECOND AMENDED FINAL ORDER OF FORFEITURE FOR 2013 FORD F-150 PICK-UP TRUCK, VIN 1FTFW1EF3DFA09967

WHEREAS, the United States filed a Motion to Amend to the Final Order of Forfeiture forfeiting one 2013 Ford F-150 pick-up truck, VIN 1FTFW1EF3DFA09967. On March 4, 2019, this Court entered a Final Order of Forfeiture in the above-entitled case. *See* Doc. 443.  Included amongst the property subject to the Final Order of Forfeiture was a 2013 Ford F-150 Pick-up Truck, VIN 1FTFW1EF3DFA099678. However, as the Government has articulated in its motion that VIN was incorrect and the correct VIN is 1FTFW1EF3DFA09967.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that,** pursuant to Rule 36 of the Federal Rules of Civil Procedure, the Final Order of Forfeiture is hereby amended to reflect the forfeiture of all right, title and interest in  the 2013 Ford F-150 pick-up truck, VIN 1FTFW1EF3DFA09967;

**IT IS FURTHER ORDERED** that all other terms of the Final Order of Forfeiture entered on March 4, 2019 (Doc. 443) remain unchanged; and

1

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction in the case for the purpose of enforcing this Second Amended Final Order of Forfeiture.

This _____ Day of _____, 2020.

_____
W. LOUIS SANDS
United States District Judge