IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| CHRISTOPHER WHITMAN, | : | |
| | : | Criminal Case No. |
| Petitioner, | : | **1: 14-CR-1-1 (WLS)** |
| | : | |
| VS. | : | 28 U.S.C. § 2255 Case No. |
| | : | **1:19-CV-183 (WLS)** |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

**ORDER**

On January 25, 2021, Petitioner filed a Motion for Extension of Time to File Supplemental Brief. (Doc. 481). Petitioner requests until March 1, 2021 to file his Supplemental Brief. *Id.* Petitioner's Motion is **GRANTED**. Petitioner shall have until March 1, 2021 to file his Supplemental Brief. Respondent shall have twenty-one (21) days from the filing of Petitioner's supplemental brief to file any desired response.

**SO ORDERED**, this 26th day of January, 2021.

*s/THOMAS Q. LANGSTAFF*
**UNITED STATES MAGISTRATE JUDGE**