## APPENDIX TABLE OF CONTENTS

EXHIBIT 1 - Trial Transcript Volume 16, Pages 25-30 Request for Gratuity Instruction

EXHIBIT 2 - Trial Transcript Volume 16, Pages 31-70 Jury Instruction

EXHIBIT 3 - U.S.S.G. Amendment 791 Effective November 1, 2015, Reducing Guideline Sentence for Loss Amount

EXHIBIT 4 - Douglas R. Thompson letter to Whitmans' referencing "WE" discussed with Garland

EXHIBIT 5 - Thompson & Singer Billing Records. 2013 Payee Ron Thompson; 2014 payee to be Thompson & Singer

EXHIBIT 6 - Janice Singer Letters

EXHIBIT 7 - **FILED UNDER SEAL** Janice Singer SEALED affidavit with attachment

EXHIBIT 8 - Kelli Durham Plea Agreement

EXHIBIT 9 - Kelli Durham Docket Sheet

EXHIBIT 10 - 3 Checks from Garland firm's IOLTA Account to Christopher Whitman

EXHIBIT 11 - Whitman Opinion Eleventh Circuit, 887 F. 3d 1240 (11th Cir. 2018)

EXHIBIT 12 - Export Report from Matthew Kaiser