# U.S.S.G. AMENDMENT 791 EFFECTIVE NOVEMBER 1, 2015 REDUCING GUIDELINE SENTENCE FOR LOSS AMOUNT

if the conduct meets all three criteria of the three-step analysis. This amendment is not intended as a substantive change in policy.

**Effective Date:** The effective date of this amendment is November 1, 2015.

791.　**Amendment:** Section 2B1.1(b) is amended by striking paragraph (1) as follows:

"(1)　If the loss exceeded $5,000, increase the offense level as follows:

| | Loss (Apply the Greatest) | Increase in Level |
|---|---|---|
| (A) | $5,000 or less | no increase |
| (B) | More than $5,000 | add 2 |
| (C) | More than $10,000 | add 4 |
| (D) | More than $30,000 | add 6 |
| (E) | More than $70,000 | add 8 |
| (F) | More than $120,000 | add 10 |
| (G) | More than $200,000 | add 12 |
| (H) | More than $400,000 | add 14 |
| (I) | More than $1,000,000 | add 16 |
| (J) | More than $2,500,000 | add 18 |
| (K) | More than $7,000,000 | add 20 |
| (L) | More than $20,000,000 | add 22 |
| (M) | More than $50,000,000 | add 24 |
| (N) | More than $100,000,000 | add 26 |
| (O) | More than $200,000,000 | add 28 |
| (P) | More than $400,000,000 | add 30.";|

[handwritten annotation: "old version"]

and inserting the following:

"(1)　If the loss exceeded $6,500, increase the offense level as follows:

| | Loss (Apply the Greatest) | Increase in Level |
|---|---|---|
| (A) | $6,500 or less | no increase |
| (B) | More than $6,500 | add 2 |
| (C) | More than $15,000 | add 4 |
| (D) | More than $40,000 | add 6 |
| (E) | More than $95,000 | add 8 |
| (F) | More than $150,000 | add 10 |
| (G) | More than $250,000 | add 12 |
| (H) | More than $550,000 | add 14 |
| (I) | More than $1,500,000 | add 16 |
| (J) | More than $3,500,000 | add 18 |
| (K) | More than $9,500,000 | add 20 |
| (L) | More than $25,000,000 | add 22 |
| (M) | More than $65,000,000 | add 24 |
| (N) | More than $150,000,000 | add 26 |
| (O) | More than $250,000,000 | add 28 |
| (P) | More than $550,000,000 | add 30.".|

[handwritten annotation: "new version - effective 11/1/2015 (See next page)"]

- Loss table in §2B1.1 and tax table in §2T4.1: adjusting for inflation from 2001 ($1.00 in 2001 = $1.34 in 2014);

- Loss tables in §§2B2.1 and 2B3.1 and fine table for individual defendants at §5E1.2(c)(3): adjusting for inflation from 1989 ($1.00 in 1989 = $1.91 in 2014);

- Volume of Commerce table in §2R1.1: adjusting for inflation from 2005 ($1.00 in 2005 = $1.22 in 2014); and

- Fine table for organizational defendants at §8C2.4(d): adjusting for inflation from 1991 ($1.00 in 1991 = $1.74 in 2014).

Adjusting from the last substantive amendment year appropriately accounts for the Commission's previous work in revising these tables at various times. Although not specifically focused on inflationary issues, previous Commissions engaged in careful examination (and at times, a wholesale rewriting) of the monetary tables and ultimately included monetary and enhancement levels that it considered appropriate at that time. The Commission estimates that this amendment would result in the Bureau of Prisons having approximately 224 additional prison beds available at the end of the first year after implementation, and approximately 956 additional prison beds available at the end of its fifth year of implementation.

Finally, the amendment adds a special instruction to both §§5E1.2 and 8C2.4 providing that, for offenses committed prior to November 1, 2015, the court shall use the fine provisions that were in effect on November 1, 2014, rather than the fine provisions as amended for inflation. This addition responds to concerns expressed in public comment that changes to the fine tables might create ex post facto problems. It ensures that an offender whose offense level is calculated under the current Guidelines Manual is not subject to the inflated fine provisions if his or her offense was committed prior to November 1, 2015. Such guidance is similar to that provided in the commentary to §5E1.3 (Special Assessment) relating to the amount of the special assessment to be imposed in a given case.

**Effective Date: The effective date of this amendment is November 1, 2015.**

792.    **Amendment:** Section 2B1.1 is amended in subsection (b)(2) by striking the following:

" (Apply the greatest) If the offense—

   (A)    (i) involved 10 or more victims; or (ii) was committed through mass-marketing, increase by 2 levels;

   (B)    involved 50 or more victims, increase by 4 levels; or

   (C)    involved 250 or more victims, increase by 6 levels.",

and inserting the following:

" (Apply the greatest) If the offense—

   (A)    (i) involved 10 or more victims; (ii) was committed through mass-