# KELLI DURHAM DOCKET SHEET

# U.S. District Court [LIVE AREA]
## Middle District of Georgia (Albany)
### CRIMINAL DOCKET FOR CASE #: 1:13-cr-00045-WLS-TQL-1

| | |
|---|---|
| Case title: UNITED STATES OF AMERICA v. DURHAM | Date Filed: 10/10/2013 |
| | Date Terminated: 12/14/2015 |

Assigned to: U.S. District Judge W LOUIS SANDS
Referred to: US MAGISTRATE JUDGE THOMAS Q LANGSTAFF

| Defendant (1) | | |
|---|---|---|
| **KELLI DURHAM**<br>*TERMINATED: 12/14/2015* | represented by | **JANICE A SINGER-CAPEK**<br>3151 Maple Drive, N.E.<br>Atlanta, GA 30305<br>404-262-6277<br>Email: jas@thompsonsinger.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>Designation: Retained |

| Pending Counts | Disposition |
|---|---|
| 18:371: CONSPIRACY TO DEFRAUD THE UNITED STATES<br>(1) | 6 months imprisonment followed by 3 years supervised release, $100.00 mandatory assessment fee and restitution in the amount of $905,685.00 (joint and several). |

**Highest Offense Level (Opening)**

Felony

| Terminated Counts | Disposition |
|---|---|
| 18:981.F: CIVIL FORFEITURE 28:2461 - CRIMINAL FORFEITURE<br>(2) | Dismissed on Government's Motion. |

**Highest Offense Level (Terminated)**

Felony

| Complaints | Disposition |
|---|---|
| None | |

**Plaintiff**

| UNITED STATES OF AMERICA | represented by | **JOSEPH PATRICK COONEY**<br>US DEPARTMENT OF JUSTICE<br>1400 NEW YORK AVE NW 12TH FL<br>WASHINGTON, DC 20005<br>202-674-5670<br>Email: joseph.cooney2@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**KENNETH ALAN DASHER**<br>201 W. BROAD AVENUE<br>SECOND FLOOR<br>ALBANY, GA 31701<br>229-430-7754<br>Email: alan.dasher@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**RICHARD B EVANS**<br>450 Fifth St NW Ste 11300<br>Washington, DC 20005<br>202-353-7760<br>Fax: 202-514-3003<br>Email: richard.b.evans@usdoj.gov<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**DANIAL EDWARD BENNETT**<br>U S ATTORNEY'S OFFICE<br>PO BOX 1702<br>MACON, GA 31202-1702<br>478-752-3511<br>Fax: 478-621-2712<br>Email: Danial.Bennett@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 10/10/2013 | 1 | INFORMATION as to KELLI DURHAM (1) count(s) 1, 2. (wks) (Entered: 10/11/2013) |
| 10/10/2013 |   | Arrest of KELLI DURHAM (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 2 | Minute Entry for proceedings held before Judge W. Louis Sands:Initial Appearance, Bond Hearing, Arraignment and Change of Plea Hearing as to KELLI DURHAM (1) Count (1) held on 10/10/2013. (Court Reporter Darlene Pino.) (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 3 | WAIVER OF INDICTMENT by KELLI DURHAM (wks) (Entered: 10/11/2013) |

| | | |
|---|---|---|
| 10/10/2013 | 4 | NOTICE to Retained Criminal Defense Attorneys as to KELLI DURHAM. (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 5 | ORDER Setting Conditions of Release as to KELLI DURHAM (1); Bond set at $10,000 (Unsecured). Ordered by Judge W. Louis Sands on 10/10/13. (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 6 | Appearance Bond Entered as to KELLI DURHAM in amount of $ 10,000 (Unsecured). (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 7 | STIPULATION OF FACTUAL BASIS as to KELLI DURHAM. (wks) Modified on 10/11/2013 (wks). (Entered: 10/11/2013) |
| 10/10/2013 | 8 | PLEA AGREEMENT as to KELLI DURHAM (wks) (Entered: 10/11/2013) |
| 10/10/2013 | 9 | PLEA SHEET (GUILTY-COUNT 1) as to KELLI DURHAM (wks) (Entered: 10/11/2013) |
| 10/11/2013 | 10 | NOTICE OF ATTORNEY APPEARANCE: Janice A. Singer appearing for KELLI DURHAM (Singer, Janice) (Entered: 10/11/2013) |
| 11/18/2013 | 11 | NOTICE OF PRETRIAL CONFERENCE as to KELLI DURHAM: Pretrial Conference set for 12/11/2013 11:00 AM in Albany before U.S. District Judge W. Louis Sands. (Attachments: # 1 PT CALENDAR)(jbk) (Entered: 11/18/2013) |
| 11/18/2013 | | NOTICE as to KELLI DURHAM re: 11 Notice of Pretrial Conference. NOTICE ENTERED IN ERROR, plea previously entered. Case is removed from the January 2014 Trial Calendar. Counsel to notify the court as to sentence date. (jbk) (Entered: 11/18/2013) |
| 12/11/2013 | 12 | MOTION to Continue *Sentencing Hearing (by Consent)* by UNITED STATES OF AMERICA as to KELLI DURHAM. (COONEY, JOSEPH) (Entered: 12/11/2013) |
| 12/13/2013 | 13 | ORDER granting 12 Motion to Continue Sentencing as to KELLI DURHAM (1). Ordered by U.S. District Judge W. Louis Sands on 12/13/13. (wks) (Entered: 12/13/2013) |
| 12/22/2014 | | Judge update in case as to KELLI DURHAM. U.S. District Judge LESLIE JOYCE ABRAMS added. U.S. District Judge W LOUIS SANDS no longer assigned to case. (bcl) (Entered: 12/22/2014) |
| 01/13/2015 | | Judge update in case as to KELLI DURHAM. U.S. District Judge W LOUIS SANDS added. U.S. District Judge LESLIE J ABRAMS no longer assigned to case. (Reassigned to WLS per chambers request)(deb) (Entered: 01/13/2015) |
| 04/20/2015 | | NOTICE OF SENTENCING HEARING as to KELLI DURHAM: Sentencing set for 8/20/2015 10:00 AM in Albany before U.S. District Judge W LOUIS SANDS. (jbk) (Entered: 04/20/2015) |
| 05/28/2015 | | NOTICE OF SENTENCING HEARING as to KELLI DURHAM: Sentencing RESET for 8/27/2015 10:00 AM in Albany before US DISTRICT JUDGE W LOUIS SANDS. (jbk) (Entered: 05/28/2015) |
| 07/13/2015 | | NOTICE OF SENTENCING HEARING as to KELLI DURHAM: Sentencing RESET for 9/29/2015 10:00 AM in Albany before US DISTRICT JUDGE W LOUIS SANDS. (jbk) (Entered: 07/13/2015) |

| | | |
|---|---|---|
| 09/14/2015 | | NOTICE OF SENTENCING HEARING as to KELLI DURHAM: Sentencing reset for 12/8/2015 10:00 AM in Albany before US DISTRICT JUDGE W LOUIS SANDS. (jbk) (Entered: 09/14/2015) |
| 10/29/2015 | 14 | DRAFT PRESENTENCE INVESTIGATION REPORT as to KELLI DURHAM. Objection to Presentence Report due by 11/12/2015 (edd) (Entered: 10/29/2015) |
| 11/20/2015 | 15 | Preliminary MOTION for Forfeiture of Property by UNITED STATES OF AMERICA as to KELLI DURHAM. (Attachments: # 1 Text of Proposed Order)(BENNETT, DANIAL) (Entered: 11/20/2015) |
| 11/23/2015 | 16 | **ORDER** granting 15 Motion for Forfeiture of Property as to KELLI DURHAM (1). Ordered by US DISTRICT JUDGE W LOUIS SANDS on 11/23/2015. (mdm) (Entered: 11/23/2015) |
| 11/30/2015 | 17 | SENTENCING MEMORANDUM by KELLI DURHAM (Attachments: # 1 Exhibit A: Defendant's letter, # 2 Exhibit B: Family letters, # 3 Exhibit C: Employer letters) (SINGER-CAPEK, JANICE) (Entered: 11/30/2015) |
| 12/02/2015 | 18 | FINAL PRESENTENCE INVESTIGATION REPORT as to KELLI DURHAM. (Attachments: # 1 Addendum)(edd) (Entered: 12/02/2015) |
| 12/03/2015 | 19 | SENTENCING MEMORANDUM & MOTION FOR RELIEF i/a/w 5k by UNITED STATES OF AMERICA as to KELLI DURHAM (COONEY, JOSEPH) Modified on 12/4/2015 (mdm). (Entered: 12/03/2015) |
| 12/08/2015 | 21 | Minute Entry for proceedings held before US DISTRICT JUDGE W LOUIS SANDS:Sentencing held on 12/8/2015 for KELLI DURHAM (1), Count(s) 1, 6 months imprisonment, 3 years supervised release, $100.00 mandatory assessment fee and restitution in the amount of $905,685.00 (joint and several); Count(s) 2, Dismissed on Government's Motion. Court Reporter: Sally Gray. (mdm) (Entered: 12/09/2015) |
| 12/08/2015 | 22 | Appeal Information Package as to KELLI DURHAM hand-delivered to defendant and counsel at sentencing. (mdm) (Entered: 12/09/2015) |
| 12/08/2015 | 23 | **ORDER** to Surrender as to KELLI DURHAM.Ordered by US DISTRICT JUDGE W LOUIS SANDS on 12/08/2015. (mdm) (Entered: 12/09/2015) |
| 12/09/2015 | 20 | MOTION Order and Declaration Regarding Restitution and Forfeiture by UNITED STATES OF AMERICA as to KELLI DURHAM.. Motion(s) referred to THOMAS Q LANGSTAFF.(COONEY, JOSEPH) (Entered: 12/09/2015) |
| 12/09/2015 | | Notice of Deficiency; Proposed Orders should not be filed via CM/ECF. Please forward the Proposed Order to the appropriate divisional office via email. (related document(s): 20 Motion for Miscellaneous Relief filed by UNITED STATES OF AMERICA ). (mdm) (Entered: 12/09/2015) |
| 12/14/2015 | 24 | **ORDER** AND DECLARATION REGARDING RESTITUTION AND FORFEITURE as to KELLI DURHAM. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 12/11/2015. (mdm) (Entered: 12/14/2015) |

| | | |
|---|---|---|
| 12/14/2015 | 25 | **JUDGMENT** as to KELLI DURHAM (1), Count(s) 1, 6 months imprisonment followed by 3 years supervised release, $100.00 mandatory assessment fee and restitution in the amount of $905,685.00 (joint and several). Count(s) 2, Dismissed on Government's Motion. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 12/14/2015. (mdm) (Entered: 12/15/2015) |
| 12/15/2015 | 27 | **ORDER** regarding Forfeiture Count as to KELLI DURHAM. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 12/15/2015. (mdm) (Entered: 12/15/2015) |
| 08/02/2016 | 28 | Petition and Order Re Restitution Agreement as to KELLI DURHAM. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 08/01/2016. (mdm) (Entered: 08/02/2016) |
| 12/05/2016 | 29 | Petition and Order Re Restitution Agreement as to KELLI DURHAM.. Ordered by US DISTRICT JUDGE W LOUIS SANDS on 12/5/2016. (bcl) (Entered: 12/05/2016) |
| 03/16/2017 | 30 | NOTICE *of Finality of Preliminary Order of Forfeiture* as to KELLI DURHAM. (BENNETT, DANIAL) (Entered: 03/16/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/15/2021 13:45:37 | | | |
| **PACER Login:** | lindasheffield | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:13-cr-00045-WLS-TQL |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |