*063102152*
07\02\2012
0077473354

This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

[063102152] 07\02\2012
0077473354

GADL 8213328329 +
STOM Cel

GARLAND SAMUEL & LOEB, P.C.
IOLTA TRUST ACCOUNT
3151 MAPLE DR NE
ATLANTA, GA 30305
(404) 262-2225

Exp 09/14

10333

64-10-610

PAY AMOUNT OF One hundred eighteen thousand fifty + 00/100 DOLLARS

CHECK AMOUNT $ 118,050.00

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER |
|---|---|---|---|
| 7-2-12 | Christopher Whitman | | 10333 |

⊛ To purchase 2 official Checks / no ctr required ⊛ actual cashout $80$

SUNTRUST

⑈00010333⑈ ⑆061000104⑆ 1000018577972⑈

⑈00010333⑈ ⑆061000104⑆ 1000018577972⑈ ⑈0011805000⑈

Do not endorse or write below this line

ENDORSEMENT

DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

0077473354

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

*063102152*
08\01\2012
0075251660
This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

[063102152] 08\01\2012
0075251660

(*) CASH to purchase 12 official checks (*)

GARLAND SAMUEL & LOEB, P.C.
IOLTA TRUST ACCOUNT
3151 MAPLE DR NE
ATLANTA, GA 30305
(404) 262-2225

FROM United Industrial of Georgia Inc

| EXPLANATION | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |

10336

64-1061[illegible]

PAY AMOUNT OF two hundred eighty six thousand seven hundred & 00/ DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|
| 8-1-12 | Christopher Whitman | | 10336 | $286,700.00 |

(*) to purchase 11 official checks totaling 166,282.46 + 88.00 fees + 48,179.00 = 214,549.46

GADL 021328329 T
STB MC EXP 9/14

SunTrust

214,545.46

Donna Young

⑈000 10336⑈ ⑆06 1000 104⑆ 10000 18577972⑈

⑈000 10336⑈ ⑆06 1000 104⑆ 10000 18577972⑈ ⑉0028670000⑉

*063102152*
08\22\2012
0077232235

This is a LEGAL COPY of your check. You can use it the same way you would use the orginal check.

[063102152] 08\22\2012
0077232235

GARLAND SAMUEL & LOEB, P.C.
IOLTA TRUST ACCOUNT
3151 MAPLE DR NE
ATLANTA, GA 30305
(404) 262-2225

10338

64-10-610

PAY AMOUNT OF four hundred ninety four thousand & 00/100 DOLLARS

| DATE | TO THE ORDER OF | DESCRIPTION | CHECK NUMBER |
|---|---|---|---|
| 8-21-12 | Christopher Whitman | Whitman | 10338 |

CHECK AMOUNT $ 494000.00

SUNTRUST

⑈00010338⑈ ⑆061000104⑆10000185779 72⑈

⑈00010338⑈ ⑆061000104⑆ 1000018577972⑈ ⑀0049400000⑀

Do not endorse or write below this line
*>063102152<* 08\22\2012
0077232235
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC