IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE: 1:14-CR-1 |
| | : |
| CHRISTOPHER WHITMAN | : |
| | : |

## SUBSTITUTION OF COUNSEL

Defendant wishes for undersigned counsel to substitute for Attorney Robert McClendon, IV. Please send all notices related to this case to counsel as appropriate.

April 27, 2022

                                                                                                                                          s/Keith E. Fitzgerald
                                                                                                                                          KEITH E. FITZGERALD
                                                                                                                                          keith@hogueandhogue.com
                                                                                                                                         Hogue & Hogue, LLP
                                                                                                                                         Post Office Box 1795
                                                                                                                                        Macon, Georgia 31 202
                                                                                                                                         (478) 750-8040
                                                                                                                                         State Bar No. 663 135

---

**CERTIFICATE OF SERVICE**

I hereby certify that by my signature I have served a copy of this **Joint Motion for Continuance** on all interested parties by filing it electronically with CM/ECF

April 27, 2022

S/Keith E. Fitzgerald
KEITH E. FITZGERALD