**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER WHITMAN,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | **Criminal Case No.** |
| **v.** | ) | **1:14-CR-1-1 (WLS)** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | **28 U.S.C. § 2255 Case No.** |
| | ) | **1:19-CV-183 (WLS)** |
| **Respondent.** | ) | |
| | ) | |

**PROPOSED ORDER**

The Court having considered the United States' Motion in Limine, and it appearing to the Court that there is good cause to grant the relief requested therein, it is hereby

**ORDERED** that the motion is **GRANTED**, and that Petitioner is prohibited from eliciting testimony at the evidentiary hearing regarding his two new claims of ineffective assistance of counsel regarding trial counsel's failure to request a continuance of the sentencing hearing and the calculation of the Specific Offense Characteristics. Petitioner is also prohibited from eliciting testimony regarding his previous claims of ineffective assistance of counsel pertaining to alleged jury tampering, misapplication of USSG § 1B1.3 at sentencing, ineffective assistance of counsel on appeal, and alleged due process and right to counsel violations. These claims were not addressed in Petitioner's supplemental brief as required by the Court's December 1, 2020 Order (Dkt. 479), as such, they have been withdrawn.

**SO ORDERED** this ___ day of _____, 2022.

_____
THE HONORABLE THOMAS Q. LANGSTAFF
UNITED STATES MAGISTRATE JUDGE

1