**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER WHITMAN, | : | |
| | : | |
| Petitioner, | : | Criminal Case No. |
| | : | **1:14-CR-01-001 (WLS)** |
| VS. | : | |
| | : | |
| | : | 28 U.S.C. § 2255 Case No. |
| UNITED STATES OF AMERICA, | : | **1:19-CV-183 (WLS)** |
| | : | |
| Respondent. | : | |
| | : | |

**ORDER**

Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 was filed on October 21, 2019. (Doc. 446). This matter was previously set for a November 4, 2021 evidentiary hearing. At Petitioner's unopposed request, the Court cancelled the November 4, 2021 evidentiary hearing (Doc. 507), and the matter was subsequently set for hearing on June 8, 2022 (Doc. 510).

On April 27, 2022, Respondent filed a Motion in Limine. (Doc. 512). Petitioner shall file any desired Response within **fourteen (14) days** of the date of this Order. Respondent shall file any desired Reply within **seven (7) days** of the filing of Petitioner's Response.

**SO ORDERED,** this 29th day of April, 2022.

s/ ***THOMAS Q. LANGSTAFF***
UNITED STATES MAGISTRATE JUDGE